## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TGP Communications, LLC,<br><br>    Appellant,<br><br>v.<br><br>Ruby Freeman, et al.,<br><br>    Appellees. | Case No. 9:24-cv-80967-AHS |

### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of James H. Burbage of the law firm of Willkie Farr & Gallagher LLP, 787 7th Avenue, New York, NY 10019, (212) 728-8904, for purposes of appearance as co-counsel on behalf of Ruby Freeman and Wandrea' ArShaye "Shaye" Moss, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit James H. Burbage to receive electronic filings in this case, and in support thereof states as follows:

  1.  James H. Burbage is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of New York, and has been admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

  2.  Movant, David A. Blansky, Esquire, of the law firm of Dunn Law, P.A., 66 West Flagler St. Suite 400, Miami, FL 33130, (786) 433-3866, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, James H. Burbage has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. James H. Burbage, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to James H. Burbage at email address: jburbage@willkie.com.

WHEREFORE, David A. Blansky, moves this Court to enter an order admitting James H. Burbage to appear before this Court on behalf of Ruby Freeman and Wandrea' ArShaye "Shaye" Moss, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to James H. Burbage.

Date: August 15, 2024      Respectfully submitted,

/s/ *David A. Blansky*
David A. Blansky
FL Bar #1033002
Dunn Law, P.A.,
66 West Flagler St. Suite 400,
Miami, FL 33130
(786) 433-3866
dblansky@dunnlawpa.com

*Attorney for Ruby Freeman and*
*Wandrea' ArShaye "Shaye" Moss*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TGP Communications, LLC,<br><br>    Appellant,<br><br>v.<br><br>Ruby Freeman, et al.,<br><br>    Appellees. | Case No. 9:24-cv-80967-AHS |

## CERTIFICATION OF JAMES H. BURBAGE

James H. Burbage, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State of New York and have been admitted to practice before the United States District Court for the Southern and Eastern Districts of New York; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                 By: /s/ *James H. Burbage*
                 James H. Burbage
                 NY Bar # 50404124
                 WILLKIE FARR & GALLAGHER LLP
                 787 7th Avenue
                 New York, NY 10019-6018
                 Telephone: (212) 728 8000
                 jburbage@willkie.com

                 *Counsel to Ms. Ruby Freeman and*
                 *Ms. Wandrea ArShaye "Shaye" Moss*

*PROPOSED*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TGP Communications, LLC,<br><br>　　　　　　　Appellant,<br><br>v.<br><br>Ruby Freeman, et al.,<br><br>　　　　　　　Appellees. | Case No. 9:24-cv-80967-AHS |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

　　　　THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for James H. Burbage, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

　　　　ORDERED AND ADJUDGED that:

　　　　The Motion is GRANTED.   James H. Burbage may appear and participate in this action on behalf of Ruby Freeman and Wandrea' ArShaye "Shaye" Moss. The Clerk shall provide electronic notification of all electronic filings to James H. Burbage, at jburbage@willkie.com.

　　　　DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to: All Counsel of Record