**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TGP Communications, LLC,<br><br>                        Appellant,<br><br>v.<br><br>Ruby Freeman, et al.,<br><br>                        Appellees. | Case No. 9:24-cv-80967-AHS |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Meryl C. Governski of the law firm of Willkie Farr & Gallagher LLP, 1875 K St. N.W., Washington, D.C. 20006, (202) 303-1000, for purposes of appearance as co-counsel on behalf of Ruby Freeman and Wandrea' ArShaye "Shaye" Moss, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Meryl C. Governski to receive electronic filings in this case, and in support thereof states as follows:

      1.     Meryl C. Governski is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the District of Columbia and the State of Maryland, and has been admitted to practice before the United States District Court for the District of Columbia and other federal courts.

      2.     Movant, David A. Blansky, Esquire, of the law firm of Dunn Law, P.A., 66 West Flagler St. Suite 400, Miami, FL 33130, (786) 433-3866, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Meryl C. Governski has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Meryl C. Governski, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Meryl C. Governski at email address: MGovernski@willkie.com.

WHEREFORE, David A. Blansky, moves this Court to enter an Order admitting Meryl C. Governski to appear before this Court on behalf of Ruby Freeman and Wandrea' ArShaye "Shaye" Moss, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Meryl C. Governski.

Date: August 15, 2024          Respectfully submitted,

/s/ *David A. Blansky*
David A. Blansky
FL Bar #1033002
Dunn Law, P.A.,
66 West Flagler St. Suite 400
Miami, FL 33130
(786) 433-3866
dblansky@dunnlawpa.com

*Attorney for Ruby Freeman and*
*Wandrea' ArShaye "Shaye" Moss*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TGP Communications, LLC,<br><br>                Appellant,<br><br>v.<br><br>Ruby Freeman, et al.,<br><br>                Appellees. | Case No. 9:24-cv-80967-AHS |

### CERTIFICATION OF MERYL C. GOVERNSKI

Meryl C. Governski, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of District of Columbia and the State of Maryland, and have been admitted to practice before the United States District Court for the District of Columbia and other federal courts; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                By: /s/ *Meryl C. Governski*
                                                                                Meryl C. Governski
                                                                                 MD Bar # 1412160336
                                                                                 WILLKIE FARR & GALLAGHER LLP
                                                                                 1875 K Street, N.W.
                                                                                 Washington, DC 20006
                                                                                 Telephone: (202) 303-1000
                                                                                 Facsimile: (202) 303-2000
                                                                                 MGovernski@willkie.com

                                                                                 *Counsel to Ms. Ruby Freeman and*
                                                                                 *Ms. Wandrea ArShaye "Shaye" Moss*

*PROPOSED*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TGP Communications, LLC,<br><br>    Appellant,<br><br>v.<br><br>Ruby Freeman, et al.,<br><br>    Appellees. | Case No. 9:24-cv-80967-AHS |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

  THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Meryl C. Governski, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

  ORDERED AND ADJUDGED that:

  The Motion is GRANTED.  Meryl C. Governski may appear and participate in this action on behalf of Ruby Freeman and Wandrea' ArShaye "Shaye" Moss. The Clerk shall provide electronic notification of all electronic filings to Meryl C. Governski, at MGovernski@willkie.com.

  DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

                _____
                United States District Judge

Copies furnished to: All Counsel of Record