IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

**TGP COMMUNICATIONS, LLC,**

    Appellant,

v.

**RUBY FREEMAN; WANDREA ARSHAYE MOSS; and DR. ERIC COOMER**

    Appellee(s).

_____/

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

**TGP COMMUNICATIONS, LLC** ("Appellant"), pursuant to 28 U.S.C.§1334 and Rule 6 of the Federal Rules of Appellate Procedure hereby designates the items to be included in the record on appeal and submits its statement of the issues to be presented on the appeal of the Order [Doc No. 95] of the United States Bankruptcy Court for the Southern District of Florida entered on July 25, 2024 (the "**Order**") to the United States District Court for the Southern District of Florida

**I.**    **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

    1.    Whether the court committed legal error by dismissing the bankruptcy case under Section 1112(b) of the Bankruptcy Code

    2.    Whether the court committed legal error by dismissing the bankruptcy case under Section 305(a) of the Bankruptcy Code

    3.    Whether the court made erroneous findings of fact in the Memorandum Opinion and Order Granting Motion to Dismiss Chapter 11 Case under Sections 1112 (B) And 305 (A) of the Bankruptcy Code and Cancelling Hearing,

4.      Whether the court improperly concluded that the Debtor in Possession filed the Bankruptcy Case in bad faith

## II.     DESIGNATION OF ITMES TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants designate the following record items in connection with this appeal.

| ECF # | Description |
|---|---|
| 1 | Chapter 11 SubchapterV Voluntary Petition . [Fee Amount $1738] Proofs of Claim due by 07/3/2024. (Houston, Bart) (Entered: 04/24/2024) |
| 13 | Ch 11 Case Management Summary Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 04/29/2024) |
| 14 | Application to Employ Bart A. Houston as Attorney [Affidavit Attached] Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 04/30/2024) |
| 16 | Corporate Ownership Statement Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |
| 17 | Financial Documents Required of Chapter 11 Small Business [Cash Flow Statement, Balance Sheet and Statement of Operations] Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |
| 18 | Federal Income Tax Return of Debtor. [*Document Image Available ONLY to Court Users*] Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |
| 19 | Notice of Filing *Retainer Agreement*, Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |
| 22 | *Ex Parte* Motion to Extend Time to File Schedules, Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 05/08/2024) |
| 25 | Order Granting Motion to Extend Time to File Schedules/Plan/Required Information. Deadline Extended through 5/22/2024. (Re: # 22) [Incomplete Filings due by 5/22/2024]. Schedule A/B due 5/22/2024. Schedule D due 5/22/2024. Schedule E/F due 5/22/2024. Schedule G due 5/22/2024. Schedule H due 5/22/2024.Declaration Concerning Debtors Schedules Due: 5/22/2024. List of Equity Security Holders due 5/22/2024. (Fleurimond, Lucie) (Entered: 05/21/2024) |

| | |
|---|---|
| 26 | Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors* Filed by Debtor TGP Communications, LLC (Houston, Bart) Docket Text Modified on 7/11/2024 (Fleurimond, Lucie). (Entered: 05/21/2024) |
| 27 | Pre-Status Conference Report *Pursuant to 1188(c)* Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/21/2024) |
| 30 | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule D,Schedule E/F,Schedule G,Schedule H,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor TGP Communications, LLC. (Attachments: # 1 Local Form 4) (Houston, Bart) (Entered: 05/22/2024) |
| 31 | Equity Security Holders Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/22/2024) |
| 32 | Disclosure of Compensation by Attorney Bart A Houston. (Houston, Bart) (Entered: 05/22/2024) |
| 34 | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule G,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor TGP Communications, LLC. (Attachments: # 1 Local Form 4) (Houston, Bart) (Entered: 05/30/2024) |
| 35 | Objection to (26 Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors* filed by Debtor TGP Communications, LLC) Filed by U.S. Trustee Office of the US Trustee (Ochs, Martin) (Entered: 05/30/2024) |
| 39 | Motion to Dismiss Case , or in the alternative Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 05/31/2024) |
| 45 | Joinder Filed by Creditor Dr. Eric Coomer (Re: 35 Objection filed by U.S. Trustee Office of the US Trustee). (Alexander, Vincent) (Entered: 05/31/2024) |
| 46 | Joinder Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 35 Objection filed by U.S. Trustee Office of the US Trustee). (Blansky, David) (Entered: 06/03/2024) |
| 50 | Notice of Filing *Electronically Bookmarked Copy of Exhibits to the Freeman Plaintiff's Motion for an Order Dismissing the Debtor's Chapter 11 Case under Sections 1112(b) and 305(a) of the Bankruptcy Code or, in the Alternative, Modifying the Automatic Stay to Continue Prepetition Litigation*, Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 39 Motion to Dismiss Case, Miscellaneous Motion). (Blansky, David) (Entered: 06/03/2024) |

| | |
|---|---|
| 52 | Notice of Filing *Additional Certification of Information Contained in Schedules and Statement of Financial Affairs*, Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 06/06/2024)Peter G Herman. (Houston, Bart) (Entered: 06/03/2013) |
| 57 | Joinder Filed by Creditor Dr. Eric Coomer (Re: 39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. ). (Attachments: # 1 Exhibit A (Complaint)) (Alexander, Vincent) (Entered: 06/08/2024) |
| 71 | Response to (39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. ) *and (57) Joinder by Eric Coomer* Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 06/20/2024) |
| 72 | Notice of Filing *Redacted Declarations*, Filed by Debtor TGP Communications, LLC (Re: 26 Motion to Approve). (Attachments: # 1 Exhibit Doe 1 # 2 Exhibit Doe 2 # 3 Exhibit Doe 3 # 4 Exhibit Doe 4 # 5 Exhibit Doe 5 # 6 Exhibit Doe 6 # 7 Exhibit Doe 7 # 8 Exhibit Doe 8 # 9 Exhibit Doe 9 # 10 Exhibit Doe 10 # 11 Exhibit Doe 11 # 12 Exhibit Doe 12 # 13 Exhibit Doe 13 # 14 Exhibit Doe 14 # 15 Exhibit Doe 15 # 16 Exhibit Doe 16 # 17 Exhibit Doe 17 # 18 Exhibit Doe 18 # 19 Exhibit Doe 19 # 20 Exhibit Doe 20 # 21 Exhibit Doe 21 # 22 Exhibit Doe 22 # 23 Exhibit Doe 23) (Houston, Bart) (Entered: 06/20/2024) |
| 73 | Agreed Order Setting Evidentiary Hearing and Establishing Related Deadlines (Re: 39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss). Evidentiary Hearing scheduled for 06/27/2024 at 01:00 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Romaguera-Serfaty, Maria) (Entered: 06/20/2024) |
| 76 | Proposed Exhibits ranging from 1 to 25 . 26 documents attached filed on behalf of Ruby Freeman, Wandrea' Arshaye Moss, Dr. Eric Coomer. *Movants' Ruby Freeman, Wandrea ArShaye Moss and Joining Party Eric Coomer's Exhibits* (related document(s) 39 ). (admin) (Entered: 06/24/2024) |
| 77 | Order Deferring Ruling on 26 Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors; Directing the Debtor to File Sworn Declarations; and Setting Continued Hearing. Hearing scheduled for 06/27/2024 at 01:00 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Adam, Lorraine) (Entered: 06/24/2024) |

| | |
|---|---|
| 78 | *Ex Parte* Motion to Continue Hearing On: [(26 Motion to Approve)] Filed by U.S. Trustee Office of the US Trustee (Ochs, Martin) (Entered: 06/25/2024) |
| 79 | Reply to (39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. , 71 Response filed by Debtor TGP Communications, LLC) Filed by Creditors Dr. Eric Coomer, Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 06/25/2024) |
| 80 | Joint Stipulation *of Uncontested Facts.* Filed by Creditors Dr. Eric Coomer, Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 06/25/2024) |
| 81 | Reply to (39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. ) Filed by Creditor Dr. Eric Coomer (Alexander, Vincent) (Entered: 06/25/2024) |
| 83 | Proposed Exhibits ranging from 26 to 26 . 2 documents attached filed on behalf of Ruby Freeman, Wandrea' Arshaye Moss, Dr. Eric Coomer. *Debtor's Suggestion of Bankruptcy* (related document(s) 39 ). (admin) (Entered: 06/27/2024) |
| 87 | Motion to Redact *Declarations in Support of ECF No. 26* Fee Amount $28 This Document Will NOT be Available for Public Viewing, Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 07/09/2024) |
| 89 | Notice of Filing , Filed by Creditor Dr. Eric Coomer. (Attachments: # 1 Exhibit A) (Alexander, Vincent) (Entered: 07/10/2024) |
| 93 | Chapter 11 Small Business Subchapter V Plan Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 07/23/2024) |
| 95 | Memorandum Opinion And Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(b) And 305(a) of The Bankruptcy Code And Cancelling Hearing (Re: 39). The Hearing Previously Scheduled for August 2, 2024 at 9:30 a.m.(pursuant to ECF No. 85) is CANCELLED. (Fleurimond, Lucie) (Entered: 07/25/2024) |

| | |
|---|---|
| 98 | Transcript of 6/27/2024 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 26 Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors* Filed by Debtor TGP Communications, LLC (Houston, Bart) Docket Text Modified on 7/11/2024., 39 Motion to Dismiss Case , or in the alternative Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss). Redaction Request Due By 08/7/2024. Statement of Personal Data Identifier Redaction Request Due by 08/21/2024. Redacted Transcript Due by 09/3/2024. Transcript access will be restricted through 10/29/2024. (Ouellette and Mauldin) (Entered: 07/31/2024) |

**Dated:  August 22, 2024**

                                      Respectfully submitted,

                      By:    /s/ Bart A. Houston
                                Bart A. Houston
                                Florida Bar No. 623636
                                **HOUSTON RODERMAN**
                                *Counsel for Appellant/Debtor*
                                633 S. Andrews Ave. Suite 500
                                Ft. Lauderdale, Florida 33301
                                Telephone: (954) 900-2615
                                Facsimile: (954) 839-9068
                                Primary Email: bhouston@houstonroderman.com
                                Secondary Email: dschena@houstonroderman.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on August 22, 2024.

                      By:    /s/ Bart A. Houston
                                Bart A. Houston
                                Florida Bar No. 623636