IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** the undersigned, Vincent F. Alexander, Esquire, of Shutts & Bowen LLP, hereby gives notice that he is appearing as additional counsel for Appellee, Dr. Eric Coomer, copies of all pleadings, correspondences, and all other documents and papers filed in this case hereafter should be furnished to the undersigned, and the undersigned requests to be added to the service list in this case.

Date: September 3, 2024        Respectfully submitted,

                               */s/ Vincent F. Alexander*
                               Vincent F. Alexander
                               Florida Bar No. 68114
                               VAlexander@shutts.com
                               Shutts & Bowen LLP
                               201 East Las Olas Blvd., Suite 2200
                               Fort Lauderdale, FL 33301
                               954-847-3835
                               **Attorney for Dr. Eric Coomer**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 3, 2024, I electronically filed the foregoing *Notice of Appearance and Request for Notice and Service of Papers* with the Clerk of Court using CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Vincent F. Alexander*
Vincent F. Alexander
