# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| Appellant | § |
| v. | § |
| **RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,** | § |
| Appellees | § |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Bradley A. Kloewer of the law firm of Cain & Skarnulis PLLC, P.O. Box 1064, Salida, Colorado 81201, (719) 530-3011, for purposes of appearance as co-counsel on behalf of Dr. Eric Coomer in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Bradley A. Kloewer to receive electronic filings in this case, and in support thereof states as follows:

    1.    Bradley A. Kloewer is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of Colorado, and has been admitted to practice before the United States District Court of Colorado, as well as the Tenth Circuit Court of Appeals.

    2.    Movant, Vincent F. Alexander, Esquire, of the law firm of Shutts & Bowen LLP, 201 East Las Olas Blvd., Suite 2200, Fort Lauderdale, FL 33301, (954) 847-3835, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of

1

Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Bradley A. Kloewer has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Bradley A. Kloewer, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Bradley A. Kloewer at email address: bkloewer@cstrial.com.

WHEREFORE, Vincent F. Alexander, moves this Court to enter an Order Bradley A. Kloewer, to appear before this Court on behalf of Dr. Eric Coomer, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Bradley A. Kloewer.

Date: September 3, 2024          Respectfully submitted,

*/s/ Vincent F. Alexander*
Vincent F. Alexander
Florida Bar No. 68114
VAlexander@shutts.com
Shutts & Bowen LLP
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
954-847-3835
***Attorney for Dr. Eric Coomer***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No.: 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

## **CERTIFICATION OF BRADLEY A. KLOEWER**

Bradley A. Kloewer, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of Colorado, and has been admitted to practice before the United States District Court of Colorado and other federal courts; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date: September 3, 2024         */s/ Bradley A. Kloewer*
                                Bradley A. Kloewer
                                Colorado Bar No. 50565
                                bkloewer@cstrial.com
                                Cain & Skarnulis PLLC
                                P.O. Box 1064
                                Salida, CO 81201
                                719-530-3011
                                ***Attorney for Dr. Eric Coomer***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Bradley A. Kloewer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. It is further

ORDERED that Bradley A. Kloewer may appear and participate in this action on behalf of Dr. Eric Coomer. The Clerk shall provide electronic notification of all electronic filings to Bradley A. Kloewer at bkloewer@cstrial.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record