IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

### NOTICE OF APPEARANCE *PRO HAC VICE* ON BEHALF OF DR. ERIC COOMER

Please take notice that Ryan E. Chapple, Charles J. Cain, and Bradley A. Kloewer of the law firm of Cain & Skarnulis PLLC previously permitted by the Court to Appear Pro Hac Vice in this action [ECF Nos. 19, 20, 21], hereby enter an appearance as co-counsel of record on behalf of Dr. Eric Coomer and requests that all future correspondence, docket notices, or other official communications directed or pertaining to Dr. Eric Coomer be served at the addresses listed below. All information provided in support of Mr. Chapple, Mr. Cain, and Mr. Kloewe's initial Pro Hac Vice motions [ECF Nos. 19, 20, 21] remain current and correct, including sponsoring co-counsel.

Date: September 5, 2024          Respectfully submitted,

*/s/ Vincent F. Alexander*
Vincent F. Alexander
Florida Bar No. 68114
VAlexander@shutts.com
Shutts & Bowen LLP
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
954-847-3835
***Attorney for Dr. Eric Coomer***

1

—AND—

*/s/ Ryan E. Chapple*
Ryan E. Chapple – *admitted pro hac vice*
Texas Bar No. 24036354
Charlie J. Cain – *admitted pro hac vice*
Texas Bar No. 00796292
Colorado Bar No. 51020
Bradley A. Kloewer – *admitted pro hac vice*
Colorado Bar No. 50565
rchapple@cstrial.com
ccain@cstrial.com
bkloewer@cstrial.com
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701
512-477-5000
**Attorneys for Dr. Eric Coomer**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel or parties of record who are on the CM/ECF Noticing System on September 5, 2024.

*/s/ Vincent F. Alexander*
Vincent F. Alexander

2