Subchapter_V, DISMISSED, APPEAL

# U.S. Bankruptcy Court
## Southern District of Florida (West Palm Beach)
### Bankruptcy Petition #: 24-13938-MAM

| | |
|---|---|
| *Assigned to:* Mindy A Mora | *Date filed:* 04/24/2024 |
| Chapter 11 | *Debtor dismissed:* 07/25/2024 |
| Voluntary | *341 meeting:* 06/18/2024 |
| Asset | *Deadline for filing claims:* 07/03/2024 |
| | *Deadline for filing claims (govt.):* 10/21/2024 |

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor** | represented by **Bart A Houston** |
| **TGP Communications, LLC** | 633 S. Andrews Avenue |
| 1820 NE Jensen Beach Blvd | Suite 500 |
| Unit 1120 | Ft. Lauderdale, FL 33301 |
| Jensen Beach, FL 34957 | 954-900-2615 |
| MARTIN-FL | Fax : 954-839-9068 |
| Tax ID / EIN: 46-4161586 | Email: bhouston@houstonroderman.com |
| *aka* **The Gateway Pundit** | |
| | |
| *Trustee* | represented by **Linda Marie Leali** |
| **Linda Marie Leali** | 2525 Ponce De Leon Blvd., Suite 300 |
| 2525 Ponce De Leon Blvd., Suite 300 | Coral Gables, FL 33134 |
| Coral Gables, FL 33134 | 954-271-0009 |
| 954-271-0009 | Fax : 786-294-6671 |
| | Email: trustee@lealilaw.com |
| | |
| *U.S. Trustee* | represented by **Martin P Ochs** |
| **Office of the US Trustee** | Office of the US Trustee |
| 51 S.W. 1st Ave. | 75 Ted Turner Drive, Suite 362 |
| Suite 1204 | Atlanta, GA 30303 |
| Miami, FL 33130 | 404-331-4509 |
| (305) 536-7285 | Email: martin.p.ochs@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/24/2024 | 1 (4 pgs) | Chapter 11 SubchapterV Voluntary Petition . [Fee Amount $1738] Proofs of Claim due by 07/3/2024. (Houston, Bart) (Entered: 04/24/2024) |
| 04/24/2024 | 2 (2 pgs) | List of Twenty Largest Unsecured Creditors Filed by Debtor TGP COMMUNICATIONS, LLC. (Houston, Bart) (Entered: 04/24/2024) |

| | | |
|---|---|---|
| 04/24/2024 | | Receipt of Voluntary Petition (Chapter 11)( 24-13938) [misc,volp11a] (1738.00) Filing Fee. Receipt number A44110613. Fee amount 1738.00. (U.S. Treasury) (Entered: 04/24/2024) |
| 04/24/2024 | 3 (1 pg) | Notice of Appearance and Request for Service by Martin P Ochs Filed by U.S. Trustee Office of the US Trustee. (Ochs, Martin) (Entered: 04/24/2024) |
| 04/25/2024 | 4 (2 pgs) | Notice of Incomplete Filings Due Required Chapter 11 Case Management Summary. Chapter 11 debtors (other than individuals not engaged in business) must file Local Form "Chapter 11 Case Management Summary" on the earlier of three business days after the petition date, or one business day before the first scheduled hearing on any motion. [See Local Rule 2081-1(B)]. [Deficiency Must be Cured by 5/2/2024].Corporate Ownership Statement due 5/2/2024. List of Equity Security Holders due 5/8/2024. Schedule A/B due 5/8/2024. Schedule D due 5/8/2024. Schedule E/F due 5/8/2024. Schedule G due 5/8/2024. Schedule H due 5/8/2024.Declaration Concerning Debtors Schedules Due: 5/8/2024. [Incomplete Filings due by 5/8/2024]. (Montoya, Sara) (Entered: 04/25/2024) |
| 04/25/2024 | 5 (1 pg) | **Order Authorizing Debtor in Possession to Continue Operation of its Business, Close Pre-Petition Bank Accounts, and Open Debtor in Possession Bank Accounts . (Montoya, Sara)** (Entered: 04/25/2024) |
| 04/25/2024 | 6 (3 pgs; 2 docs) | Notice Appointing Linda Marie Leali as Subchapter V Trustee . Filed by U.S. Trustee Office of the US Trustee. (Attachments: # 1 Verified Statement of Linda M. Leali)(Ochs, Martin) (Entered: 04/25/2024) |
| 04/26/2024 | 7 (2 pgs) | Notice of Meeting of Creditors. Meeting of Creditors to be Held on 5/30/2024 at 03:30 PM by TELEPHONE [See Meeting Notice for details]. Deadline to File a Complaint to Determine Dischargeability of Certain Debts is 7/29/2024. Proofs of Claim due by 7/3/2024. (Montoya, Sara) (Entered: 04/26/2024) |
| 04/26/2024 | 8 (2 pgs) | **Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. § 1111(b). Pursuant to 11 U.S.C. § 1188(c), the Debtor Must File a Report no Later than 14 days Before the Date of the Status Conference . Status hearing to be held on 06/04/2024 at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Adam, Lorraine)** (Entered: 04/26/2024) |
| 04/27/2024 | 9 (2 pgs) | BNC Certificate of Mailing (Re: 5 **Order Authorizing Debtor in Possession to Continue Operation of its Business, Close Pre-Petition Bank Accounts, and Open Debtor in Possession Bank Accounts . (Montoya, Sara)** ) Notice Date 04/27/2024. (Admin.) (Entered: 04/28/2024) |

| | | |
|---|---|---|
| 04/27/2024 | [10](#) (3 pgs) | BNC Certificate of Mailing (Re: 4 Notice of Incomplete Filings Due Required Chapter 11 Case Management Summary. Chapter 11 debtors (other than individuals not engaged in business) must file Local Form "Chapter 11 Case Management Summary" on the earlier of three business days after the petition date, or one business day before the first scheduled hearing on any motion. [See Local Rule 2081-1(B)]. [Deficiency Must be Cured by 5/2/2024].Corporate Ownership Statement due 5/2/2024. List of Equity Security Holders due 5/8/2024. Schedule A/B due 5/8/2024. Schedule D due 5/8/2024. Schedule E/F due 5/8/2024. Schedule G due 5/8/2024. Schedule H due 5/8/2024.Declaration Concerning Debtors Schedules Due: 5/8/2024. [Incomplete Filings due by 5/8/2024].) Notice Date 04/27/2024. (Admin.) (Entered: 04/28/2024) |
| 04/28/2024 | 11 (5 pgs) | BNC Certificate of Mailing (Re: 7 Notice of Meeting of Creditors. Meeting of Creditors to be Held on 5/30/2024 at 03:30 PM **by TELEPHONE [See Meeting Notice for details]**. Deadline to File a Complaint to Determine Dischargeability of Certain Debts is 7/29/2024. Proofs of Claim due by 7/3/2024.) Notice Date 04/28/2024. (Admin.) (Entered: 04/29/2024) |
| 04/28/2024 | 12 (3 pgs) | BNC Certificate of Mailing (Re: 8 **Order Setting Subchapter V Status Conference, Claims Bar Date, and Deadline for Elections Under 11 U.S.C. § 1111(b). Pursuant to 11 U.S.C. § 1188(c), the Debtor Must File a Report no Later than 14 days Before the Date of the Status Conference . Status hearing to be held on 06/04/2024 at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Adam, Lorraine)** ) Notice Date 04/28/2024. (Admin.) (Entered: 04/29/2024) |
| 04/29/2024 | 13 (3 pgs) | Ch 11 Case Management Summary Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 04/29/2024) |
| 04/30/2024 | 14 (9 pgs) | Application to Employ Bart A. Houston as Attorney [Affidavit Attached] Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 04/30/2024) |
| 05/01/2024 | 15 (2 pgs) | Notice of Hearing (Re: 14 Application to Employ Bart A. Houston as Attorney [Affidavit Attached] Filed by Debtor TGP Communications, LLC) Chapter 11 Hearing scheduled for 05/21/2024 at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Romaguera-Serfaty, Maria) (Entered: 05/01/2024) |
| 05/02/2024 | 16 (1 pg) | Corporate Ownership Statement Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |
| 05/02/2024 | 17 (6 pgs) | Financial Documents Required of Chapter 11 Small Business [Cash Flow Statement, Balance Sheet and Statement of Operations] Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |

| | | |
|---|---|---|
| 05/02/2024 | 18 (204 pgs) | Federal Income Tax Return of Debtor. [*Document Image Available ONLY to Court Users*] Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |
| 05/02/2024 | 19 (8 pgs) | Notice of Filing *Retainer Agreement*, Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/02/2024) |
| 05/07/2024 | 20 (4 pgs) | Certificate of Service Filed by Debtor TGP Communications, LLC (Re: 8 Order Setting Subchapter V Status Conference). (Houston, Bart) (Entered: 05/07/2024) |
| 05/07/2024 | 21 (2 pgs) | Certificate of Service Filed by Debtor TGP Communications, LLC (Re: 14 Application to Employ Bart A. Houston as Attorney [Affidavit Attached] filed by Debtor TGP Communications, LLC, 15 Notice of Hearing). (Houston, Bart) (Entered: 05/07/2024) |
| 05/08/2024 | 22 (2 pgs) | *Ex Parte* Motion to Extend Time to File Schedules, Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 05/08/2024) |
| 05/08/2024 | 23 (2 pgs) | Notice of Appearance and Request for Service by Robert C Furr Esq Filed by Interested Party Jim Hoft. (Furr, Robert) (Entered: 05/08/2024) |
| 05/17/2024 | 24 (4 pgs) | Certificate of Service Filed by Debtor TGP Communications, LLC (Re: 7 Meeting of Creditors Chapter 11). (Houston, Bart) (Entered: 05/17/2024) |
| 05/21/2024 | 25 (2 pgs) | **Order Granting Motion to Extend Time to File Schedules/Plan/Required Information. Deadline Extended through 5/22/2024. (Re: # 22) [Incomplete Filings due by 5/22/2024]. Schedule A/B due 5/22/2024. Schedule D due 5/22/2024. Schedule E/F due 5/22/2024. Schedule G due 5/22/2024. Schedule H due 5/22/2024.Declaration Concerning Debtors Schedules Due: 5/22/2024. List of Equity Security Holders due 5/22/2024. (Fleurimond, Lucie)** (Entered: 05/21/2024) |
| 05/21/2024 | 26 (8 pgs) | Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors* Filed by Debtor TGP Communications, LLC (Houston, Bart) Docket Text Modified on 7/11/2024 (Fleurimond, Lucie). (Entered: 05/21/2024) |
| 05/21/2024 | 27 (2 pgs) | Pre-Status Conference Report *Pursuant to 1188(c)* Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/21/2024) |
| 05/21/2024 | 28 (15 pgs) | Monthly Operating Report for the Period Beginning 04/24/2024 and Ending 4/30/2024 Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/21/2024) |
| 05/22/2024 | 29 (2 pgs) | Notice of Hearing (Re: 26 Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors* Filed by Debtor TGP Communications, LLC) Chapter 11 Hearing scheduled for 06/04/2024 at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. |

| | | (Romaguera-Serfaty, Maria) (Entered: 05/22/2024) |
|---|---|---|
| 05/22/2024 | [30](#) (44 pgs; 2 docs) | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule D,Schedule E/F,Schedule G,Schedule H,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor TGP Communications, LLC. (Attachments: # [1](#) Local Form 4) (Houston, Bart) (Entered: 05/22/2024) |
| 05/22/2024 | [31](#) (1 pg) | Equity Security Holders Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 05/22/2024) |
| 05/22/2024 | [32](#) (3 pgs) | Disclosure of Compensation by Attorney Bart A Houston. (Houston, Bart) (Entered: 05/22/2024) |
| 05/24/2024 | [33](#) (1 pg) | Certificate of Service Filed by Debtor TGP Communications, LLC (Re: [25](#) Order on Motion to Extend Time to File Schedules/Plan/Required Information). (Houston, Bart) (Entered: 05/24/2024) |
| 05/30/2024 | [34](#) (31 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule G,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor TGP Communications, LLC. (Attachments: # [1](#) Local Form 4) (Houston, Bart) (Entered: 05/30/2024) |
| 05/30/2024 | [35](#) (15 pgs) | Objection to ([26](#) Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors* filed by Debtor TGP Communications, LLC) Filed by U.S. Trustee Office of the US Trustee (Ochs, Martin) (Entered: 05/30/2024) |
| 05/31/2024 | [36](#) (1 pg) | Section 341 Meeting of Creditors Rescheduled/Continued Filed by U.S. Trustee Office of the US Trustee (Re: [7](#) Meeting of Creditors Chapter 11). Meeting of Creditors to be Held on 6/6/2024 at 03:30 PM at by U.S. Trustee TELECONFERENCE. To participate call 866-915-4419 passcode 6071331. (Ochs, Martin) (Entered: 05/31/2024) |
| 05/31/2024 | [37](#) (1 pg) | Notice of Appearance and Request for Service by David Blansky Filed by Creditor Ruby Freeman. (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | [38](#) (1 pg) | Notice of Appearance and Request for Service by David Blansky Filed by Creditor Wandrea' Arshaye "Shaye" Moss. (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | [39](#) (172 pgs) | Motion to Dismiss Case , or in the alternative Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | [40](#) (2 pgs) | Notice of Hearing by Filer (Re: [39](#) Motion to Dismiss Case , or in the alternative Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss). Hearing scheduled for 07/02/2024 |

| | | |
|---|---|---|
| | | at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | 41 (9 pgs) | *Ex Parte* Motion to Appear pro hac vice by Rachel C. Strickland [Fee Paid $200] Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | 42 (9 pgs) | *Ex Parte* Motion to Appear pro hac vice by Michael J. Gottlieb [Fee Paid $200] Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | 43 (9 pgs) | *Ex Parte* Motion to Appear pro hac vice by Aaron E. Nathan [Fee Paid $200] Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | 44 (9 pgs) | *Ex Parte* Motion to Appear pro hac vice by James H. Burbage [Fee Paid $200] Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 05/31/2024) |
| 05/31/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44299330. Fee amount 200.00. (U.S. Treasury) (Entered: 05/31/2024) |
| 05/31/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44299330. Fee amount 200.00. (U.S. Treasury) (Entered: 05/31/2024) |
| 05/31/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44299330. Fee amount 200.00. (U.S. Treasury) (Entered: 05/31/2024) |
| 05/31/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44299330. Fee amount 200.00. (U.S. Treasury) (Entered: 05/31/2024) |
| 05/31/2024 | 45 (3 pgs) | Joinder Filed by Creditor Dr. Eric Coomer (Re: 35 Objection filed by U.S. Trustee Office of the US Trustee). (Alexander, Vincent) (Entered: 05/31/2024) |
| 06/03/2024 | 46 (2 pgs) | Joinder Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 35 Objection filed by U.S. Trustee Office of the US Trustee). (Blansky, David) (Entered: 06/03/2024) |
| 06/03/2024 | 47 (7 pgs) | Motion to Appear pro hac vice by Bradley A. Kloewer [Fee Paid $200] Filed by Creditor Dr. Eric Coomer (Alexander, Vincent) (Entered: 06/03/2024) |
| 06/03/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44309684. Fee amount 200.00. (U.S. Treasury) (Entered: 06/03/2024) |

| | | |
|---|---|---|
| 06/03/2024 | 48 (7 pgs) | Motion to Appear pro hac vice by Ryan E. Chapple [Fee Paid $200] Filed by Creditor Dr. Eric Coomer (Alexander, Vincent) (Entered: 06/03/2024) |
| 06/03/2024 | 49 (7 pgs) | Motion to Appear pro hac vice by Charlie J. Cain [Fee Paid $200] Filed by Creditor Dr. Eric Coomer (Alexander, Vincent) (Entered: 06/03/2024) |
| 06/03/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44309727. Fee amount 200.00. (U.S. Treasury) (Entered: 06/03/2024) |
| 06/03/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44309727. Fee amount 200.00. (U.S. Treasury) (Entered: 06/03/2024) |
| 06/03/2024 | 50 (161 pgs) | Notice of Filing *Electronically Bookmarked Copy of Exhibits to the Freeman Plaintiff's Motion for an Order Dismissing the Debtor's Chapter 11 Case under Sections 1112(b) and 305(a) of the Bankruptcy Code or, in the Alternative, Modifying the Automatic Stay to Continue Prepetition Litigation*, Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 39 Motion to Dismiss Case, Miscellaneous Motion). (Blansky, David) (Entered: 06/03/2024) |
| 06/05/2024 | 51 (19 pgs) | Monthly Operating Report for the Period Beginning 4/24/2024 and Ending 4/30/2024*AMENDED* Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 06/05/2024) |
| 06/06/2024 | 52 (2 pgs) | Notice of Filing *Additional Certification of Information Contained in Schedules and Statement of Financial Affairs*, Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 06/06/2024) |
| 06/07/2024 | 53 (2 pgs) | **Order Granting Motion To Appear pro hac vice (Re: # 44) (Fleurimond, Lucie)** (Entered: 06/07/2024) |
| 06/07/2024 | 54 (2 pgs) | **Order Granting Motion To Appear pro hac vice (Re: # 43) (Fleurimond, Lucie)** (Entered: 06/07/2024) |
| 06/07/2024 | 55 (2 pgs) | **Order Granting Motion To Appear pro hac vice (Re: # 42) (Fleurimond, Lucie)** (Entered: 06/07/2024) |
| 06/07/2024 | 56 (2 pgs) | **Order Granting Motion To Appear pro hac vice (Re: # 41) (Fleurimond, Lucie)** (Entered: 06/07/2024) |
| 06/08/2024 | 57 (71 pgs; 2 docs) | Joinder Filed by Creditor Dr. Eric Coomer (Re: 39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. ). (Attachments: # 1 Exhibit A (Complaint)) (Alexander, Vincent) (Entered: 06/08/2024) |

| | | |
|---|---|---|
| 06/08/2024 | 🌐 58 (1 pg) | Section 341 Meeting of Creditors Rescheduled/Continued Filed by U.S. Trustee Office of the US Trustee (Re: 36 Meeting of Creditors Continued/Rescheduled). Meeting of Creditors to be Held on 6/18/2024 at 09:00 AM at by U.S. Trustee TELECONFERENCE. To participate call 866-915-4419 passcode 6071331. (Ochs, Martin) (Entered: 06/08/2024) |
| 06/10/2024 | 🌐 59 (5 pgs) | Certificate of Service Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. , 40 Notice of Hearing by Filer filed by Creditor Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss). (Blansky, David) (Entered: 06/10/2024) |
| 06/11/2024 | 🌐 60 (2 pgs) | Certificate of Service Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 53 Order on Motion to Appear pro hac vice, 54 Order on Motion to Appear pro hac vice, 55 Order on Motion to Appear pro hac vice, 56 Order on Motion to Appear pro hac vice). (Blansky, David) (Entered: 06/11/2024) |
| 06/12/2024 | 🌐 61 (9 pgs) | *Ex Parte* Motion to Appear pro hac vice by Meryl C. Governski [Fee Paid $200] Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 06/12/2024) |
| 06/12/2024 | 🌐 62 (9 pgs) | *Ex Parte* Motion to Appear pro hac vice by Rachel Goodman [Fee Paid $200] Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 06/12/2024) |
| 06/12/2024 | 🌐 63 (9 pgs) | *Ex Parte* Motion to Appear pro hac vice by Brittany Williams [Fee Paid $200] Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 06/12/2024) |
| 06/13/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44359780. Fee amount 200.00. (U.S. Treasury) (Entered: 06/13/2024) |
| 06/13/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44359780. Fee amount 200.00. (U.S. Treasury) (Entered: 06/13/2024) |
| 06/13/2024 | | Receipt of Motion to Appear pro hac vice( 24-13938-MAM) [motion,mprohac] ( 200.00) Filing Fee. Receipt number A44359780. Fee amount 200.00. (U.S. Treasury) (Entered: 06/13/2024) |
| 06/13/2024 | 🌐 64 (3 pgs) | **Order Admitting Attorney Pro Hac Vice (Bradley A. Kloewer, Esq.) (Re: # 47). (Fleurimond, Lucie)** (Entered: 06/13/2024) |
| 06/13/2024 | 🌐 65 (3 pgs) | **Order Admitting Attorney Pro Hac Vice (Ryan E Chapple, Esq.) (Re: # 48). (Fleurimond, Lucie)** (Entered: 06/13/2024) |
| 06/13/2024 | 🌐 66 (3 pgs) | **Order Admitting Attorney Pro Hac Vice-(Charlie J Cain, Esq.) (Re: # 49) (Fleurimond, Lucie)** (Entered: 06/13/2024) |

| | | |
|---|---|---|
| 06/14/2024 | 67 (2 pgs) | **Order Admitting Attorney Pro Hac Vice (Re: # 61). (Fleurimond, Lucie)** (Entered: 06/14/2024) |
| 06/14/2024 | 68 (2 pgs) | **Order Admitting Attorney Pro Hac Vice (Re: # 62). (Fleurimond, Lucie)** (Entered: 06/14/2024) |
| 06/14/2024 | 69 (2 pgs) | **Order Admitting Attorney Pro Hac Vice (Re: # 63). (Fleurimond, Lucie)** (Entered: 06/14/2024) |
| 06/18/2024 | 70 | Meeting of Creditors Held and Concluded. Filed by U.S. Trustee Office of the US Trustee. (Ochs, Martin) (Entered: 06/18/2024) |
| 06/20/2024 | 71 (9 pgs) | Response to (39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. ) *and (57) Joinder by Eric Coomer* Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 06/20/2024) |
| 06/20/2024 | 72 (89 pgs; 24 docs) | Notice of Filing *Redacted Declarations*, Filed by Debtor TGP Communications, LLC (Re: 26 Motion to Approve). (Attachments: # 1 Exhibit Doe 1 # 2 Exhibit Doe 2 # 3 Exhibit Doe 3 # 4 Exhibit Doe 4 # 5 Exhibit Doe 5 # 6 Exhibit Doe 6 # 7 Exhibit Doe 7 # 8 Exhibit Doe 8 # 9 Exhibit Doe 9 # 10 Exhibit Doe 10 # 11 Exhibit Doe 11 # 12 Exhibit Doe 12 # 13 Exhibit Doe 13 # 14 Exhibit Doe 14 # 15 Exhibit Doe 15 # 16 Exhibit Doe 16 # 17 Exhibit Doe 17 # 18 Exhibit Doe 18 # 19 Exhibit Doe 19 # 20 Exhibit Doe 20 # 21 Exhibit Doe 21 # 22 Exhibit Doe 22 # 23 Exhibit Doe 23) (Houston, Bart) (Entered: 06/20/2024) |
| 06/20/2024 | 73 (6 pgs) | **Agreed Order Setting Evidentiary Hearing and Establishing Related Deadlines (Re: 39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss). Evidentiary Hearing scheduled for 06/27/2024 at 01:00 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Romaguera-Serfaty, Maria)** (Entered: 06/20/2024) |
| 06/20/2024 | 74 (2 pgs) | Certificate of Service Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 67 Order on Motion to Appear pro hac vice, 68 Order on Motion to Appear pro hac vice, 69 Order on Motion to Appear pro hac vice). (Blansky, David) (Entered: 06/20/2024) |
| 06/21/2024 | 75 (2 pgs) | Certificate of Service Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 73 Order Setting Hearing). (Blansky, David) (Entered: 06/21/2024) |

| | | |
|---|---|---|
| 06/24/2024 | 76 (667 pgs; 26 docs) | Proposed Exhibits ranging from **1 to 25** . 26 documents attached filed on behalf of Ruby Freeman, Wandrea' Arshaye Moss, Dr. Eric Coomer. *Movants' Ruby Freeman, Wandrea ArShaye Moss and Joining Party Eric Coomer's Exhibits* (related document(s) 39 ). (admin) (Entered: 06/24/2024) |
| 06/24/2024 | 77 (2 pgs) | **Order Deferring Ruling on 26 Debtor's Motion for Entry of an Order Authorizing the Debtor to Suppress Personally Identifiable Information for Certain Individual Creditors; Directing the Debtor to File Sworn Declarations; and Setting Continued Hearing. Hearing scheduled for 06/27/2024 at 01:00 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Adam, Lorraine)** (Entered: 06/24/2024) |
| 06/25/2024 | 78 (4 pgs) | *Ex Parte* Motion to Continue Hearing On: [(26 Motion to Approve)] Filed by U.S. Trustee Office of the US Trustee (Ochs, Martin) (Entered: 06/25/2024) |
| 06/25/2024 | 79 (7 pgs) | Reply to (39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. , 71 Response filed by Debtor TGP Communications, LLC) Filed by Creditors Dr. Eric Coomer, Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 06/25/2024) |
| 06/25/2024 | 80 (9 pgs) | Joint Stipulation *of Uncontested Facts.* Filed by Creditors Dr. Eric Coomer, Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 06/25/2024) |
| 06/25/2024 | 81 (3 pgs) | Reply to (39 Motion to Dismiss Case filed by Creditor Ruby Freeman, Special Counsel Ruby Freeman, Creditor Wandrea' Arshaye "Shaye" Moss, Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. ) Filed by Creditor Dr. Eric Coomer (Alexander, Vincent) (Entered: 06/25/2024) |
| 06/26/2024 | 82 (1 pg) | Certificate of Service Filed by Debtor TGP Communications, LLC (Re: 73 Order Setting Hearing, 77 Order Setting Hearing). (Houston, Bart) (Entered: 06/26/2024) |
| 06/27/2024 | 83 (8 pgs; 2 docs) | Proposed Exhibits ranging from **26 to 26** . 2 documents attached filed on behalf of Ruby Freeman, Wandrea' Arshaye Moss, Dr. Eric Coomer. *Debtor's Suggestion of Bankruptcy* (related document(s) 39 ). (admin) (Entered: 06/27/2024) |
| 07/01/2024 | 84 (48 pgs; 2 docs) | Notice of Filing *Respondent's Emergency Motion to Sever* Filed by Creditor Dr. Eric Coomer. (Attachments: # 1 Exhibit Exhibit A) (Alexander, Vincent) Title Modified on 7/17/2024 (Adam, Lorraine). (Entered: 07/01/2024) |

| | | |
|---|---|---|
| 07/03/2024 | 85 (3 pgs) | **Agreed Order Granting Ex-Parte Agreed Motion To Continue Hearing On: (**26 Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors*). Chapter 11 Hearing scheduled for 08/02/2024 at 09:30 AM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Romaguera-Serfaty, Maria) (Entered: 07/03/2024) |
| 07/05/2024 | 86 (6 pgs) | BNC Certificate of Mailing - PDF Document (Re: 85 **Agreed Order Granting Ex-Parte Agreed Motion To Continue Hearing On: (**26 **Motion to Approve** *Omission of Personal Information for Certain Unsecured Creditors*). **Chapter 11 Hearing scheduled for 08/02/2024 at 09:30 AM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Romaguera-Serfaty, Maria)** ) Notice Date 07/05/2024. (Admin.) (Entered: 07/06/2024) |
| 07/09/2024 | 87 (90 pgs) | Motion to Redact *Declarations in Support of ECF No. 26* Fee Amount $28 This Document Will **NOT** be Available for Public Viewing, Filed by Debtor TGP Communications, LLC (Houston, Bart) (Entered: 07/09/2024) |
| 07/09/2024 | 88 | Notice to Filer of Apparent Filing Deficiency: **Selected Event Does Not Match PDF Image. THE FILER IS DIRECTED TO REFILE PLEADING USING AN APPLICABLE EVENT.** (Re: 87 Motion to Redact *Declarations in Support of ECF No. 26* Fee Amount $28 This Document Will **NOT** be Available for Public Viewing, Filed by Debtor TGP Communications, LLC) (Cradic, Cameron) (Entered: 07/09/2024) |
| 07/09/2024 | | Receipt of Motion to Redact( 24-13938-MAM) [motion,mredact] ( 28.00) Filing Fee. Receipt number A44487558. Fee amount 28.00. (U.S. Treasury) (Entered: 07/09/2024) |
| 07/10/2024 | 89 (5 pgs; 2 docs) | Notice of Filing , Filed by Creditor Dr. Eric Coomer. (Attachments: # 1 Exhibit A) (Alexander, Vincent) (Entered: 07/10/2024) |
| 07/12/2024 | 90 (1 pg) | Notice of Unavailability from July 31, 2024 to August 13, 2024 Filed by Trustee Linda Marie Leali. (Leali, Linda) (Entered: 07/12/2024) |
| 07/19/2024 | 91 (25 pgs) | Monthly Operating Report for the Period Beginning 05/01/2024 and Ending 05/31/2024 Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 07/19/2024) |
| 07/22/2024 | 92 (7 pgs) | Agreed *Ex Parte* Motion to Extend Time to File Section 523 Complaint Objecting to Dischargeability of a Debt Filed by Creditors Dr. Eric Coomer, Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 07/22/2024) |
| 07/23/2024 | 93 (30 pgs) | Chapter 11 Small Business Subchapter V Plan Filed by Debtor TGP Communications, LLC. (Houston, Bart) (Entered: 07/23/2024) |

| | | |
|---|---|---|
| 07/24/2024 | 94 (4 pgs) | Agreed *Ex Parte* Motion to Continue Hearing On: [(26 Motion to Approve)] Filed by U.S. Trustee Office of the US Trustee (Ochs, Martin) (Entered: 07/24/2024) |
| 07/25/2024 | 95 (28 pgs) | **Memorandum Opinion And Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(b) And 305(a) of The Bankruptcy Code And Cancelling Hearing (Re: 39). The Hearing Previously Scheduled for August 2, 2024 at 9:30 a.m.(pursuant to ECF No. 85) is CANCELLED. (Fleurimond, Lucie)** (Entered: 07/25/2024) |
| 07/27/2024 | 96 (31 pgs) | BNC Certificate of Mailing - PDF Document (Re: 95 **Memorandum Opinion And Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(b) And 305(a) of The Bankruptcy Code And Cancelling Hearing (Re: 39). The Hearing Previously Scheduled for August 2, 2024 at 9:30 a.m.(pursuant to ECF No. 85) is CANCELLED. (Fleurimond, Lucie)** ) Notice Date 07/27/2024. (Admin.) (Entered: 07/28/2024) |
| 07/29/2024 | 97 (3 pgs) | Certificate of Service Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Re: 95 Memorandum Decision/Opinion). (Blansky, David) (Entered: 07/29/2024) |
| 07/31/2024 | 98 (73 pgs) | Transcript of 6/27/2024 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 26 Motion to Approve *Omission of Personal Information for Certain Unsecured Creditors* Filed by Debtor TGP Communications, LLC (Houston, Bart) Docket Text Modified on 7/11/2024., 39 Motion to Dismiss Case , or in the alternative Motion for an Order Modifying the Automatic Stay to Continue PrePetition Litigation. Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss). Redaction Request Due By 08/7/2024. Statement of Personal Data Identifier Redaction Request Due by 08/21/2024. Redacted Transcript Due by 09/3/2024. Transcript access will be restricted through 10/29/2024. (Ouellette and Mauldin) (Entered: 07/31/2024) |
| 08/08/2024 | 99 (32 pgs) | Notice of Appeal and Election to Appeal To District Court Filed by Debtor TGP Communications, LLC (Re: 95 **Memorandum Opinion And Order Granting Motion to Dismiss Chapter 11 Case Under Sections 1112(b) And 305(a) of The Bankruptcy Code And Cancelling Hearing (Re: 39). The Hearing Previously Scheduled for August 2, 2024 at 9:30 a.m.(pursuant to ECF No. 85) is CANCELLED. (Fleurimond, Lucie)** ). [Fee Amount $298] Appellant Designation due 08/22/2024. (Houston, Bart) (Entered: 08/08/2024) |
| 08/08/2024 | | Receipt of Notice of Appeal( 24-13938-MAM) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A44652157. Fee amount 298.00. (U.S. Treasury) (Entered: 08/08/2024) |
| 08/09/2024 | 100 (37 pgs; 2 docs) | Clerk's Notice of Mailing of (Re: 99 Notice of Appeal and Election to Appeal To District Court Filed by Debtor TGP Communications, LLC) (Adam, Lorraine) (Entered: 08/09/2024) |

| | | |
|---|---|---|
| 08/09/2024 | 🌐 101 (2 pgs) | Transmittal to US District Court (Re: 99 Notice of Appeal and Election to Appeal To District Court Filed by Debtor TGP Communications, LLC) (Adam, Lorraine) (Entered: 08/09/2024) |
| 08/09/2024 | 🌐 102 | Notice of U.S. District Court Case Assignment. Case Number: 24-cv-80967-AHS (Re: 99 Notice of Appeal and Election to Appeal To District Court Filed by Debtor TGP Communications, LLC) (Adam, Lorraine) (Entered: 08/09/2024) |
| 08/11/2024 | 🌐 103 (7 pgs) | BNC Certificate of Mailing (Re: 100 Clerk's Notice of Mailing of (Re: 99 Notice of Appeal and Election to Appeal To District Court Filed by Debtor TGP Communications, LLC)) Notice Date 08/11/2024. (Admin.) (Entered: 08/12/2024) |
| 08/11/2024 | 🌐 104 (34 pgs) | BNC Certificate of Mailing - PDF Document (Re: 100 Clerk's Notice of Mailing of (Re: 99 Notice of Appeal and Election to Appeal To District Court Filed by Debtor TGP Communications, LLC)) Notice Date 08/11/2024. (Admin.) (Entered: 08/12/2024) |
| 08/22/2024 | 🌐 105 (12 pgs) | Final Application for Compensation *for Subchapter V Trustee* for Linda Marie Leali, Trustee Chapter 9/11, Period: 4/25/2024 to 8/22/2024, Fee: $9,810.00, Expenses: $0. Filed by Attorney Linda Marie Leali (Leali, Linda) (Entered: 08/22/2024) |
| 08/23/2024 | 🌐 106 (6 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues Filed by Debtor TGP Communications, LLC (Re: 99 Notice of Appeal filed by Debtor TGP Communications, LLC). Designation of Appellee due within 14 days after the service of Appeal Designation and Statement of Issues. Appellee designation due 09/6/2024.. (Houston, Bart) (Entered: 08/23/2024) |
| 08/24/2024 | 🌐 107 (2 pgs) | Notice of Hearing (Re: 105 Final Application for Compensation *for Subchapter V Trustee* for Linda Marie Leali, Trustee Chapter 9/11, Period: 4/25/2024 to 8/22/2024, Fee: $9,810.00, Expenses: $0. Filed by Attorney Linda Marie Leali) Chapter 11 Hearing scheduled for 09/24/2024 at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Romaguera-Serfaty, Maria) (Entered: 08/24/2024) |
| 08/25/2024 | 🌐 108 (5 pgs) | " See Replacement Entry ECF #110" Motion To Stay Pending Appeal (Re: 95 Memorandum Decision/Opinion) *and/or continue the automatic stay* Filed by Debtor TGP Communications, LLC (Houston, Bart) Modified on 8/26/2024 (Tate, Racquel). (Entered: 08/25/2024) |
| 08/25/2024 | 🌐 109 (2 pgs) | Notice of Hearing by Filer (Re: 108 Motion To Stay Pending Appeal (Re: 95 Memorandum Decision/Opinion) *and/or continue the automatic stay* Filed by Debtor TGP Communications, LLC). Chapter 11 Hearing scheduled for 09/10/2024 at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Houston, Bart) (Entered: 08/25/2024) |

| | | |
|---|---|---|
| 08/25/2024 | 110 (5 pgs) | Expedited Motion To Stay Pending Appeal, Motion to Continue the Automatic Stay Filed by Debtor TGP Communications, LLC (Tate, Racquel) (Entered: 08/26/2024) |
| 08/26/2024 | 111 (2 pgs) | Notice of Hearing (Re: 110 Expedited Motion To Stay Pending Appeal, Motion to Continue the Automatic Stay Filed by Debtor TGP Communications, LLC) Chapter 11 Hearing scheduled for 09/10/2024 at 01:30 PM Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401. (Romaguera-Serfaty, Maria) (Entered: 08/26/2024) |
| 08/29/2024 | 112 (1 pg) | Certificate of Service Filed by Debtor TGP Communications, LLC (Re: 111 Notice of Hearing). (Houston, Bart) (Entered: 08/29/2024) |
| 09/06/2024 | 113 (7 pgs) | Objection to (110 Motion To Stay Pending Appeal filed by Debtor TGP Communications, LLC, Motion to Continue the Automatic Stay) Filed by Creditors Ruby Freeman, Wandrea' Arshaye "Shaye" Moss (Blansky, David) (Entered: 09/06/2024) |
| 09/06/2024 | 114 (9 pgs) | **Opinion and Order Denying 110 Motion For Stay Pending Appeal, Motion to Continue the Automatic Stay filed by Debtor TGP Communications, LLC, and Cancelling Hearing). (Romaguera-Serfaty, Maria)** (Entered: 09/06/2024) |
| 09/09/2024 | 115 (2 pgs) | Transmittal to US District Court (Re: 106 Appellant Designation) (Adam, Lorraine) (Entered: 09/09/2024) |