**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No.: 9:24-cv-80967-AHS

**In re:**

**TGP COMMUNICATIONS, LLC**

      **Appellant**

**v.**

**RUBY FREEMAN; WANDREA**
**ARSHAYE MOSS; AND**
**DR. ERIC COOMER**

      **Appellees**

_____/

**MOTION FOR EXTENSION OF TIME TO INITIAL BRIEF**

**TGP COMMUNICATIONS, LLC ("Appellant")** seeks an extension of time to file its initial brief for an additional twenty (20) days.

1. On August 8, 2024, the Appellant filed its Notice Of Appeal

2. On September 9, 2024, the Bankruptcy Court transmitted the record on appeal to the District Court. Thus the initial brief is due on October 9, 2024. This Motion is timely.

**Good Cause**

3. Appellant's law firm has historically consisted of two partners and one associate. The single associate was the primary brief writer in the firm. In late June 2024, the associate resigned without notice and left the firm.

4. The firm continued to operate with two lawyers and a heavy case load. Efforts were made to hire additional lawyers to work the case load.

1

5. In mid-September, one of the Partners, Barry Roderman ("Roderman"), was diagnosed with stage three pancreatic cancer and was forced to reduce his workload during treatment.

6. In late September 2024, Hurricane Helene passed through middle Georgia and severely damaged the family farm owned by the other Partner, Bart Houston ("Houston"). Due to Hurricane Helene, Houston and several family members traveled to middle Georgia (Dublin) to assist with the recovery efforts using the two tractors and other construction equipment maintained on the family farm. During this time, there was no power, wi-fi or cell service due to downed trees and heavy loss of infrastructure.

7. During Houston's absence, on Sunday September 29th his law partner, Roderman, suddenly and unexpectedly passed away. The funeral was on October 6, 2024.

8. Houston has been handling the case load and deadlines of the entire firm and dealing with the aftermath of the storm.

9. For these reasons, and others, counsel for Appellant was not able to get complete the Initial Brief.

10. Appellant requests an additional 20 days to complete and file the Initial Brief in this case.

**WHEREFORE**, TGP COMMUNICATIONS, LLC, requests the entry of an Order extending the time within which to file its Initial Brief with this Court for an additional 20 days, and for such other and further relief this Court deems just and proper.

**Dated: October 9, 2024.**

          **HOUSTON RODERMAN**
          Attorney for Appellant

          */s/ Bart A. Houston*
          Bart A. Houston
          Florida Bar No. 623636
          633 S. Andrews Avenue, Suite 500
          Fort Lauderdale, Florida 33301
          Telephone: (954) 900-2615
          Facsimile: (954) 839-9068
          Primary Email: bhouston@thehoustonfirm.com
          Secondary Email: dschena@thehoustonfirm.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 9, 2024, I electronically filed the foregoing Motion for Extension of Time with the Clerk of Court using CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

          */s/ Bart A. Houston*
          Bart A. Houston
          Florida Bar No. 623636