UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>TGP COMMUNICATIONS, LLC,<br><br>　　　　　　　　Appellant,<br>v.<br><br>RUBY FREEMAN; WANDREA' ARSHAYE MOSS; AND DR. ERIC COOMER,<br><br>　　　　　　　　Appellees. | Case No. 9:24-cv-80967-AHS |

**NOTICE OF CONSENT OF RUBY FREEMAN AND WANDREA' ARSHAYE MOSS
TO MOTION FOR EXTENSION OF TIME**

Ruby Freeman and Wandrea' ArShaye "Shaye" Moss (together, the "Freeman Plaintiffs"), as creditors of Appellant TGP Communications, LLC ("Appellant"), by and through their undersigned counsel, respectfully state that they consent to the relief requested in Appellant's Motion for Extension of Time [ECF No. 26].

Dated: October 10, 2024

By: */s/ David A. Blansky*

| | |
|---|---|
| David A. Blansky<br>Florida Bar No. 1033002<br>Michael P. Dunn<br>Florida Bar No. 100705<br>DUNN LAW, P.A.<br>66 West Flager Street, Suite 400<br>Miami, FL 33130<br>Telephone: (786) 433-3866<br>Facsimile: (786) 260-0269<br>dblansky@dunnlawpa.com<br>michael.dunn@dunnlawpa.com<br><br>-and-<br><br>Rachel Goodman (admitted *pro hac vice*)<br>Brittany Williams (admitted *pro hac vice*)<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038<br>Telephone: (202) 579-4582<br>rachel.goodman@protectdemocracy.org<br>brittany.williams@protectdemocracy.org | Aaron E. Nathan (admitted *pro hac vice*)<br>James H. Burbage (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>anathan@willkie.com<br>jburbage@willkie.com<br><br>-and-<br><br>Michael J. Gottlieb (admitted *pro hac vice*)<br>Meryl C. Governski (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>mgottlieb@willkie.com<br>mgovernski@willkie.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF), on this 10th day of October, 2024 upon counsel for the Appellant and registered users in this case.

By: */s/ David A. Blansky*
David A. Blansky, Esq.
Florida Bar No. 1033002