UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80967-CIV-SINGHAL

In re:

TGP COMMUNICATIONS, LLC,

    Appellant,

v.

RUBY FREEMAN *et al.*,

    Appellees.

_____/

## ORDER

**THIS CAUSE** is before the Court on Appellant TGP Communications, LLC's Motion for Extension of Time to Initial Brief (DE [26]). Appellant requests an additional twenty (20) days to file its initial brief in this matter, which is presently due on October 9, 2024. Appellees Ruby Freeman and Wandrea ArShaye Moss consent to the relief requested. (DE [27]). No response has been filed by Appellee Eric Coomer. Upon review of the Motion, the Court finds that there is good cause for granting Appellant the requested extension. Even so, the Court cautions Appellant and all parties that, moving forward, motions must comply with Local Rule 7.1, including the requirement to certify that the moving party has conferred with, or made reasonable efforts to confer with, all parties or non-parties who may be affected by the relief sought. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Appellant's Motion for Extension of Time to Initial Brief (DE [26]) is **GRANTED**. Appellant shall file its initial brief on or by **October 29, 2024**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 11th day of October 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

2