## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No.: 9:24-cv-80967-AHS

**In re:**

**TGP COMMUNICATIONS, LLC**

       **Appellant**

**v.**

**RUBY FREEMAN; WANDREA
ARSHAYE MOSS; AND
DR. ERIC COOMER**

       **Appellees**

_____/

### MOTION FOR SECOND
### EXTENSION OF TIME TO FILE INITIAL BRIEF

      **TGP COMMUNICATIONS, LLC ("Appellant")** seeks a second extension of time to file its initial brief for an additional four (4) days.

      1.      On August 8, 2024, the Appellant filed its Notice of Appeal.

      2.      On September 9, 2024, the Bankruptcy Court transmitted the record on appeal to the District Court [ECF No. 23].  Thus, the initial brief was due on October 9, 2024. The Court entered its Order on October 11, 2024, Granting the Motion for Extension of Time to File Initial Brief through and including October 29, 2024 [ECF No. 28]. This Motion is filed timely.

### Good Cause

      3.      Due to the undersigned's trial schedule, depositions, current deadlines, existing conflicts and handling the case load and deadlines of the entire firm after the sudden passing of one of the partners in the firm, Appellant was not able to complete the initial brief.

      9.      For these reasons, and others, counsel for Appellant needs more time to complete

the Initial Brief.

10.     Counsel for Appellant has communicated with counsel for Appellees and the parties have agreed to an additional four (4) days to complete and file the Initial Brief in this case through and including November 4, 2024.

**WHEREFORE**, TGP COMMUNICATIONS, LLC, requests entry of an Order extending the time within which to file its Initial Brief with this Court for an additional four (4) days, and for such other and further relief this Court deems just and proper.

**Dated: October 29, 2024.**

HOUSTON RODERMAN
Attorney for Appellant

*/s/ Bart A. Houston*
Bart A. Houston
Florida Bar No. 623636
633 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served by the CM/ECF Noticing System on all counsel of record or parties of record who are on the CM/ECF Noticing System on October 29, 2024.

*/s/ Bart A. Houston*
Bart A. Houston
Florida Bar No. 623636