# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
|     Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
|     Appellees | § |

**EXHIBIT A TO
MOTION TO DISMISS APPEAL**

| | |
|---|---|
| COLORADO SUPREME COURT<br>Ralph L. Carr Colorado Judicial Center<br>2 E. 14th Avenue<br>Denver, Colorado 80203<br>_____<br><br>On appeal from the Colorado Court of Appeals<br>Case No. 2022 CA 0843<br><br>Denver District Court<br>Case No. 2020 CV 034319<br>_____<br><br>Petitioner(s): DONALD J. TRUMP FOR PRESIDENT, INC.; SIDNEY POWELL; SIDNEY POWELL, P.C.; JOSEPH OLTMANN; FEC UNITED; SHUFFLING MADNESS MEDIA, INC., D/B/A CONSERVATIVE DAILY; JAMES HOFT; TGP COMMUNICATIONS, LLC, D/B/A THE GATEWAY PUNDIT; MICHELLE MALKIN; AND ERIC METAXAS<br><br>v.<br><br>Respondent(s): ERIC COOMER, Ph.D.<br>_____<br>**Attorneys for Defendant-Appellants James Hoft and TGP Communications, LLC:**<br>Law Offices of Randy B. Corporon<br>Randy B. Corporon, Reg. No. 29861<br>S. Parker Road, Suite 555<br>Aurora, Colorado 80014<br>Telephone: 303-749-0062<br>E-Mail: rbc@corporonlaw.com<br><br>Jonathon Burns, #21PHV6433<br>Burns Law Firm<br>P.O. Box 191250<br>St. Louis, MO 63119<br>Telephone: 314-329-5040<br>Email: TBLF@pm.me | ▲ COURT USE ONLY ▲<br><br>Case Number: 2024SC317 |

1

## SUGGESTION OF BANKRUPTCY

**TGP COMMUNICATIONS, LLC**, (the "**Debtor**") hereby files this suggestion of bankruptcy to inform the Court and all parties that the captioned matter is stayed pursuant to 11 U.S.C. § 362, by virtue of the pendency of proceedings styled as *In re TGP COMMUNICATIONS, LLC*, Case No. 24-13938-MAM, which was filed on the 24th of April, 2024, in the United States Bankruptcy Court for the Southern District of Florida. Although this action was filed by the Debtor, it is an ancillary proceeding connected to the case of Donald J. Trump for President, Inc.; Sidney Powell, P.C.; Joseph Oltmann; FEC United; Shuffling Madness Media, Inc., D/B/A Conservative Daily; James Hoft; TGP Communications, LLC, D/B/A The Gateway Pundit; Michelle Malkin; and Eric Metaxas v. Eric Coomer*,* Case No. 2024SC317, pending in the Colorado Supreme Court, and Eric Coomer v. Donald J. Trump for President, Inc., et al, Case No. 2020 CV 034319, pending in Denver District Court, State of Colorado, each of which have been stayed under the Bankruptcy Code.

This Suggestion of Bankruptcy does not constitute a general appearance for the Debtor or the assertion of affirmative relief in this case by undersigned counsel.

2

**Dated:  June 24, 2024**

                **HOUSTON RODERMAN PLLC**
*Counsel for Debtor*
633 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com

By:   /s/ Bart A. Houston
**Bart A. Houston, Fla. Bar No. 623636**
Primary Email: bhouston@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com
**Alexander G. Lewitt, Fla. Bar No. 1048121**
Primary Email: alewitt@thehoustonfirm.com
Secondary Email: dschena@thehoustonfirm.com


/s/ Randy B. Corporon
Randy B. Corporon, Esq.
Law Office of Randy B. Corporon, P.C.
2821 S. Parker Road, Suite 555
Aurora, Colorado 80014
Telephone: 303-749-0062
E-Mail: rbc@corporonlaw.com


Jonathon Burns, #21PHV6433
Burns Law Firm
P.O. Box 191250
St. Louis, MO 63119
Telephone: 314-329-5040
Email: TBLF@pm.me
*(Attorneys for Appellants Hoft and TGP Communications LLC dba The Gateway Pundit)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2024, a true and correct copy of the above and foregoing was served upon the following via Colorado Courts E-Filing:

Barry K. Arrington, Esq.
Arrington Law Firm
3801 E. Florida Avenue, Suite 830
Denver, Colorado 80210
*(Attorneys for Petitioners Sidney Powell and Sidney Powell, P.C.)*

John R. Mann, Esq.
Margaret L. Boehmer, Esq.
Thomas B. Quinn, Esq.
Gordon & Rees LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
*(Attorneys for Petitioner Metaxas)*

Franklin D. Patterson, No. 12058
Patterson Ripplinger, P.C.
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
Telephone: 303/741-4539
Facsimile: 303/741-5043
E-mail:
    fpatterson@prpclegal.com
(*Attorneys for Petitioner Malkin*)

Charles J. Cain, Esq.
Bradley A. Kloewer, Esq.
Zachary H. Bowman, Esq.
Cain & Skarnulis PLLC
P.O. Box 1064
Salida, Colorado 81201
*(Attorneys for Respondent)*

Thomas M. Rogers, III, Esq.
Mark G. Grueskin, Esq.
Andrew E. Ho, Esq.
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1400
Denver, Colorado 80202
*(Attorneys for Respondent)*

CAMPBELL KILLIN BRITTAN & RAY, LLC
John S. Zakhem
Andrew C. Nickel

270 Saint Paul Street, Ste. 200
Denver, CO 80206
303-322-3400
*Attorney for Petitioner Donald J. Trump*
*For President, Inc*

KENNEDYS CMK LLP
Marc S. Casarino
222 Delaware Avenue, Ste. 710
Wilmington, DE 19801
302-308-6647
*Attorneys for Petitioners Sidney Powell*
*and Sidney Powell, P.C.*


HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.
Jamey W. Jamison
Dino G. Moncecchi
Mark A. Sares
10333 E. Dry Creek Road, Ste. 300
Englewood, Colorado 80112
(720) 875-9140
*Attorney for Petitioners Oltmann, FEC*
*United, and Shuffling Madness Media, Inc.*
*dba Conservative Daily*

                                          *s/ Randy B. Corporon, Esq.*
                                          Randy B. Corporon