IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-CIV-SINGHAL

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

**ORDER**

**THIS CAUSE** is before the Court on Dr. Eric Coomer's Motion to Dismiss Appeal (DE ____). Upon review of the Motion, the Court finds that there is good cause for granting Dr. Eric Coomer's Motion to Dismiss the appeal of TGP Communications, LLC. The Court finds that TGP Communications, LLC failed to file its Appellant's Brief in a timely fashion. Therefore, it is

**ORDERED AND ADJUDGED** that TGP Communications, LLC's appeal is DISMISSED pursuant to Bankruptcy Rule 8018(a)(4), as well as Local Rule 87.4(f).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this ____ day of November 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE