UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

In re:

TGP COMMUNICATIONS, LLC,

    Appellant,

 v.

RUBY FREEMAN; WANDREA
ARSHAYE MOSS; AND DR.
ERIC COOMER,

    Appellees.
                          /

## MOTION TO SUBSTITUTE COUNSEL

Appellant, TGP Communications, LLC, hereby move to substitute Attorney Marc Randazza of Randazza Legal Group, PLLC, in place of Bart Houston of Houston Roderman. In support hereof, Appellant states as follows:

1) This appeal was filed on August 9, 2024, by Attorney Houston. (ECF No. 1).

2) On September 9, 2024, the Court issued a Notice of Entry setting the deadline for Appellant's brief as October 9, 2024. (ECF No. 25).

3) On October 9, Attorney Houston moved for additional time, until October 29, to file the initial brief, due to Hurricane Helene and the death of Attorney Barry Roderman, Houston's partner. (ECF No. 26).

4) The motion was granted. (ECF No. 28).

5) On October 29, 2024, Attorney Houston filed another motion, seeking an additional few days due to his workload (ECF No. 29), which was allowed. (ECF No. 30).

6) Attorney Houston failed to file the initial brief for reasons unknown to Appellant.

7) Efforts to reach Attorney Houston have been unsuccessful.

8) Attorney Houston has not withdrawn as counsel.

At this point, if Appellant is to have any opportunity to make its case, it requires new counsel. While the death of Attorney Roderman is tragic, it appears to have prejudiced TGP Communications, which is adverse to the interests of justice.

Pursuant to Local Rule 7.1(a)(3), undersigned attempted to meet and confer with all other counsel by writing on November 8, 2024, to resolve the issues herein and certifies that the only party or non-party actually affected, Attorney Houston, has not responded. Counsel for Dr. Coomer opposes this relief and a related request for extension of time.

WHEREFORE TGP Communications, LLC, requests entry of an Order permitting undersigned counsel to substitute as its counsel.

Dated: November 8, 2024.  Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza
  Florida Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone: 786-800-3500
ecf@randazza.com

John C. Burns (*PHV Forthcoming*)
Burns Law Firm
P.O. Box 191250
St. Louis, MO 63119
Telephone: 314-329-5040
TBLF@pm.me

*Attorneys for Appellant*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court and has been served on all parties of record through the CM/ECF system.

/s/ Marc J. Randazza
MARC J. RANDAZZA

- 3 -