UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

In re:

TGP COMMUNICATIONS, LLC,

    Appellant,

  v.

RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,

    Appellees.
_____/

## ORDER

**THIS CAUSE** is before the Court on Appellant TGP Communications, LLC's, Motion to Substitute Counsel. Upon review of the Motion, the Court finds that there is good cause for granting TGP Communications, LLC's Motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Appellant's Motion to Substitute Counsel is **GRANTED**. Attorney Marc Randazza is hereby substituted as counsel for Appellant in lieu of Attorney Bart Houston.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this ___ day of _____, 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE