UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>TGP COMMUNICATIONS, LLC,<br><br>                Appellant,<br>v.<br><br>RUBY FREEMAN; WANDREA' ARSHAYE MOSS; AND DR. ERIC COOMER,<br>                Appellees. | Case No. 9:24-cv-80967-AHS |

**NOTICE OF POSITION OF RUBY FREEMAN
AND WANDREA' ARSHAYE MOSS TO THIRD MOTION
FOR EXTENSION OF TIME AND MOTION TO SUBSTITUTE COUNSEL**

Appellees Ruby Freeman and Wandrea' ArShaye "Shaye" Moss respectfully state that they have no position on the relief requested in Appellant's Motion for Third Extension of Time to File Initial Brief [ECF No. 33] and Motion to Substitute Counsel [ECF No. 32].

Dated:  November 15, 2024

By:  /s/ David A. Blansky

| | |
|---|---|
| David A. Blansky<br>Florida Bar No. 1033002<br>Michael P. Dunn<br>Florida Bar No. 100705<br>DUNN LAW, P.A.<br>66 West Flager Street, Suite 400<br>Miami, FL 33130<br>Telephone: (786) 433-3866<br>Facsimile: (786) 260-0269<br>dblansky@dunnlawpa.com<br>michael.dunn@dunnlawpa.com<br><br>-and-<br><br>Rachel Goodman (admitted *pro hac vice*)<br>Brittany Williams (admitted *pro hac vice*)<br>UNITED TO PROTECT DEMOCRACY<br>82 Nassau Street, #601<br>New York, NY 10038<br>Telephone: (202) 579-4582<br>rachel.goodman@protectdemocracy.org<br>brittany.williams@protectdemocracy.org | Aaron E. Nathan (admitted *pro hac vice*)<br>James H. Burbage (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>anathan@willkie.com<br>jburbage@willkie.com<br><br>-and-<br><br>Michael J. Gottlieb (admitted *pro hac vice*)<br>Meryl C. Governski (admitted *pro hac vice*)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>mgottlieb@willkie.com<br>mgovernski@willkie.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF), on this 15th day of November, 2024 upon counsel for the Appellant and registered users in this case.

By:  /s/ David A. Blansky
David A. Blansky, Esq.
Florida Bar No. 1033002