**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:24-cv-80967-AHS**

|  |  |
|---|---|
| In re: | § |
|  | § |
| **TGP COMMUNICATIONS, LLC,** | § |
|  | § |
|      Appellant | § |
|  | § |
| v. | § |
|  | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
|  | § |
|      Appellees | § |

**EXHIBIT 1
TO TGP COMMUNICATIONS, LLC'S MOTIONS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant, | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees. | § |

**DECLARATION OF CHARLES J. CAIN IN SUPPORT OF
RESPONSE TO TGP COMMUNICATIONS, LLC'S MOTIONS**

Pursuant to 28 U.S.C. § 1746, I declare and state as follows:

1.      "My name is Charles J. Cain.  I am over the age of twenty-one years, am of sound mind, and am fully competent to make this Declaration.  I am an attorney in the law firm of Cain & Skarnulis PLLC.  I am counsel for Plaintiff Eric Coomer, PhD. in this case.  I have represented Plaintiff since this case was filed.  I submit this Declaration in support of the Response to TGP Communications, LLC's Motion to Substitute Counsel and Motion for Third Extension of Time to File Initial Brief herein.  I have personal knowledge of the facts and proceedings stated in this Declaration, which are true and correct.

2.      "Dr. Coomer filed suit against TGP and Jim Hoft in Colorado state district court almost four years ago—December 22, 2020, in a cause styled *Coomer vs. Donald J. Trump for President, Inc., et al.*; bearing Case No. 2020cv034319.  Dr. Coomer brought claims for

defamation based on publications by TGP stating that, inter alia, Dr. Coomer, as a Dominion Voting Systems' employee, confessed to rigging the 2020 presidential election.

3.      "On April 30, 2021, TGP filed an anti-SLAPP motion on seeking dismissal of Dr. Coomer's complaint.  That Motion was denied in a 136-page opinion on May 13, 2022.  Before the order was issued by the trial court, TGP filed a motion to change venue (denied), a motion to reconsider the trial court's discovery order (denied), a motion for more definite statement (denied), and at least three motions to extend time to file or respond to various pleadings.

4.      "On August 18, 2021, Dr. Coomer sent a demand for retraction to TGP based on erratic and threatening behavior of Joe Oltmann, the originator of the defamatory statements about Dr. Coomer.  TGP did not respond.  Exhibit 3 attached to Dr. Coomer's Response is a true and correct copy of the August 18, 2021 demand for retraction sent to TGP.

5.      "TPG appealed the anti-SLAPP order on June 30, 2022.  TGP sought and received three motions for extension of time to file their Appellant' Brief.  The Brief was stricken by the Colorado Court of Appeals on December 21, 2022, and TGP was ordered to file a new brief within twenty-one days.  TGP filed its opening brief on January 10, 2023.  After Dr. Coomer responded, TGP sought and received yet another extension to file its Reply Brief.  The Reply Brief was filed on June 23, 2023.

6.      "On April 24, 2023, following the Fox News settlement with Dominion, Dr. Coomer sent another demand for retraction to TGP.  TGP did not respond.  Exhibit 4 attached to Dr. Coomer's Response is a true and correct copy of the April 24, 2023 demand for retraction sent to TGP.

7.      "With the exception of Dr. Coomer's conspiracy claim, TGP lost its appeal of the anti SLAPP order on April 11, 2024.  Less than two weeks later, TGP filed bankruptcy.

8.      "On April 25, 2024, Dr. Coomer sent another demand for retraction following the denial of the anti-SLAPP order.  TGP did not respond.  Exhibit 5 attached to Dr. Coomer's Response is a true and correct copy of the April 25, 2024 demand for retraction sent to TGP.

9.      "On May 10, 2024, despite having filed bankruptcy, Jonathon Burns, counsel for Appellant, signed a pleading joining in a motion for extension of time to file Petitions for Writ of Certiorari before the Colorado Supreme Court.  *See* Exhibit 6 attached to Dr. Coomer's Response.

10.     "On June 24, 2024, despite having filed bankruptcy, Randy Corporon, counsel for TGP and Hoft, filed a Joint Petition for Writ of Certiorari before the Colorado Supreme Court. *See* Exhibit 7 attached to Dr. Coomer's Response.

11.     "On June 26, 2024, Appellant filed a Suggestion of Bankruptcy before the Colorado Supreme Court.  The counsel listed on the filing were Bart Houston and Alexander Lewitt of Houston Roderman PLLC, Randy Corporon, and Jonathon Burns.  *See* Exhibit 8 attached to Dr. Coomer's Response.

12.     "Dr. Coomer—not TGP—notified the Colorado Supreme Court of both the dismissal of the bankruptcy and the denial of the stay pending this appeal.  *See* Exhibits 9 and 10 attached to Dr. Coomer's Response.

13.     "On October 10, 2024, it was publicly reported that Appellant settled the lawsuit brought against them by Ruby Freeman and her daughter Wandrea "Shaye" Moss.

14.     "The day after the second extension motion was filed, Wednesday, October 30, 2024, the undersigned counsel had a phone call with Bart Houston.  During the call, Mr. Houston stated that he was aware of the November 4 deadline to file Appellant's Brief and intended to file it early on November 1, 2024.  The undersigned counsel responded that that was a good idea

because it avoided having to work on it over the weekend.  Mr. Houston never requested an extension during the call or suggested that one was necessary.

15.     "On November 6, 2024, in an unrelated case, Mr. Houston filed a "Motion for Second Extension of Time to File Initial Brief" in the Southern District of Florida.  *See* Exhibit 11 attached to Dr. Coomer's Response.

16.     "On November 7, 2024, in an unrelated case, Mr. Houston filed a "Notice of Appearance and Designation of E-Mail Addresses" in the Southern District of Florida. *See* Exhibit 12 attached to Dr. Coomer's Response.

17.     "On November 12, 2024, in an unrelated case, Mr. Houston filed "Defendant's Response to Paperless Order to Show Cause Dated November 8, 2024" in the Southern District of Florida.  *See* Exhibit 13 attached to Dr. Coomer's Response.

18.     "Counsel for Dr. Coomer has had no other communications with Mr. Houston since the October 30 telephone call, but did call Mr. Houston's cell phone on Wednesday, November 13, at approximately 12:40 p.m. EST.

19.     "The phone was not answered and a detailed message was left.

20.     "At the time of filing the Response, Mr. Houston has not responded to the November 13, phone call.

21.     "Proposed substituting counsel, Mr. Burns, is also TGP's counsel in the State Court Litigation and appeared as an officer and representative of the debtor to testify at the first creditor's meeting.

22.     "Dr. Coomer has been litigating against TGP for four years while it has filed dilatory motions at every turn.  Putting aside the *ad hominem* attacks, which are addressed below, the death of Mr. Roderman was obviously a tragic occurrence.  But the prejudice to Dr. Coomer

was caused by TGP itself, who has destroyed Dr. Coomer's reputation, contributed to the loss of his career as an election security expert, and exposed him to national scorn and ongoing death threats. TGP, despite Newsmax having issued a public retraction and apology to Dr. Coomer, and a host of contravening evidence that the 2020 election was not "rigged" by Dr. Coomer or anyone else, has refused to retract any of its defamatory statements.

Signed this 15th day of November 2024.

_____*/s/ Charles J. Cain*_____
Charles J. Cain