# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
|     Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
|     Appellees | § |

### EXHIBIT 2
### TO TGP COMMUNICATIONS, LLC'S MOTIONS

8/26/2024, Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile Is Being Deleted and Erased (AUDIO)

Case 9:24-cv-80967-AHS Document 36-2 Entered on FLSD Docket 11/15/2024 Page 2 of 18

# Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile Is Being Deleted and Erased (AUDIO)

By **Jim Hoft**
Published November 16, 2020 at 10:55am
433 Comments





In 2010 Eric Coomer joined Dominion as Vice President of U.S. Engineering. According to his **bio**, Coomer graduated from the University of California, Berkeley with a Ph.D. in Nuclear Physics.

Eric Coomer was later promoted to Voting Systems Officer of Strategy and Security at Dominion. Coomer has **since been removed** from the

Dominion page of directors.



In fact, in our interview with Denver native Joe Oltmann, Eric Coomer's presence is being SCRUBBED FROM THE INTERNET!



The Gateway Pundit's Jim Hoft interviewed Denver business owner Joe Oltmann on Sunday. Oltmann, the founder of FEC (Faith Education

Commerce) United, revealed how he infiltrated Antifa and how during a conversation with Antifa members, he discovered "Eric from Dominion" was allegedly part of the chat during the week of September 27, 2020.

Oltmann told TGP that "Eric" was telling the Antifa members they needed to "keep up the pressure." When one of the caller's on a September group call asked, "Who's Eric?" someone answered, **"Eric, he's the Dominion guy."**

Oltmann said that as the conversation continued, someone asked, "What are we gonna do if F*cking Trump wins?" Oltmann paraphrased how Eric (the Dominion guy) responded, **"Don't worry about the election, Trump's not gonna win. I made f*cking sure of that!"**

Oltmann, who runs a Denver data company, started to investigate "Eric from Dominion," following the call and came upon Eric Coomer.

Did Democrats try to steal the election?

○ Yes   ○ No   Enter your email

Submit

Completing this poll entitles you to The Gateway Pundit news updates free of charge. You may opt out at anytime. You also agree to our **Privacy Policy** and **Terms of Use**.

Oltmann admitted that it didn't make sense that Eric Coomer would be the Antifa member on the call and that at the time, he knew nothing about Dominion Voting Systems.

It wasn't until after he started hearing about Dominion Voting Systems in the news following the election that he remembered the remarks made by

"Eric from Dominion" on the Antifa chat.

Oltmann began digging into Eric Coomer, trying to find anything he could about him. Oltmann finally **hit gold when he was able to (legally) access** what he claims is Dominion VP, Eric Coomer's Facebook page.

**Joe Oltmann said he never saw such hate and vitriol coming from someone who has a Ph.D. in Nuclear Physics. Oltmann explained to Malkin that Coomer actually re-posted the Antifa manifesto to President Trump on his Facebook page.**

Oltmann told The Gateway Pundit he believes Eric Coomer is mentally ill and a sociopath. Coomer plays the corporate executive during the day and an unhinged Trump hater and Antifa supporter in his private life.

The Gateway Pundit posted a copy of **that Antifa letter to Trump** in a previous report that Coomer posted on his Facebook page before it was taken down.

**Joe Oltmann was removed from Twitter last week after he exposed Eric Coomer from Dominion.**

**Joe's tweets on Eric Coomer obviously upset big tech.**

Oltman admits that by revealing this information about Coomer, he is putting himself in danger but he is resolute in exposing Coomer and the company he works for.

Joe Oltmann later in the interview told The Gateway Pundit that he is receiving numerous death threats after exposing Coomer and Dominion systems.

8/26/2021 Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath. His Internet Profile Is Being Deleted and Erased AUDIO

Case 9:24-cv-80967-AHS Document 36-2 Entered on FLSD Docket 11/15/2024 Page 6 of 18

**According to Oltmann, Coomer may have a Ph.D. in Nuclear Physics, but when it comes to hiding his hatred for President Trump, Trump supporters, law enforcement, or even for Texans, Dominion's Eric Coomer isn't very smart.**

Dominion's Director of Strategy and Security's response to Rubin's article appears to be a bit unhinged: "And in other news…There be some serious fuckery going on right here fueled by our Cheeto-in-chief stocking lie after lie on the flames of [former Kansas Sec. of State Chris] Kobach…You want something serious to worry about? This is it. "

Case 9:24-cv-80967-AHS  Document 36-2  Entered on FLSD Docket 11/15/2024  Page 7 of 18

Here's what Coomer had to say to his "friends" on Facebook on July 21, 2016, who are Trump supporters.

Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath… His Internet Profile Is Being Deleted and Erased – AUDIO

**From Coomer's Facebook post:**

> *Facebook friend land- open call-*
>
> *If you are planning to vote for the autocratic, narcissistic, fascists, ass-hat blowhard and his Christian jihadist VP pic, UNFRIEND ME NOW! No, I'm not joking. I'm all for reasoned political discourse and healthy debate- I'm looking at you ( 3 names of friends). I disagree with you three on many philosophical grounds but respect your opinions. Only and absolute FUCKING IDIOT could ever vote for that wind-bag fuck-tard FASCIST RACIST FUCK! No bullshit, I don't give a damn if you're friend, family, or*

*random acquaintance, pull the lever, mark an oval, touch a screen for that carnival barker–UNFRIEND ME NOW. I have no desire whatsoever to ever interact with you. You are beyond hope, beyond reason. you are controlled by fear, reaction, and bullshit. Get your shit together.*

*Oh, it that doesn't persuade you, FUCK YOU! Seriously, this fucking ass-clown stands against everything that makes this country awesome! You want in on that? You deserve nothing but contempt.*

*Near the bottom of his rant, Coomer clarifies: "These opinions are rational and completely my own. They are based in reason and highly credible. Though they are not necessarily the thoughts of my employer, though if not, I should probably find another job. Who wants to work for complete morons?" Comer appears to be trying to cover his tracks, "None of my personal opinions affect my professional conduct or attitudes," adding, "I am non-partisan."*

8/26/24, 9:11 AM
Denver Business Owner Dominion's Eric Coomer Is an Unhinged Sociopath - His Internet Profile is Being Deleted and Erased (AUDIO)
Case 9:24-cv-80967-AHS Document 36-2 Entered on FLSD Docket 11/15/2024 Page 10 of 18

According to Oltmann, Eric Coomer isn't a big fan of the police. During his interview with Michelle Malkin, he shared several screenshots of anti-police rhetoric like an image a link to YouTube from the hip-hop song "Dead Prez."

**As reported earlier, here's a portion of the lyrics from the "Dead Prez" song in case it's not on your personal playlist:**

Is there heaven for us hip-hop heathens
Big Pop and Pac, even Eazy had 'em leanin'
We all children lookin' for a reason
What do you believe in, betrayal, treason?
I'm out for dead presidency
I'm out for dead presidency
I'm out for dead presidency
I'm out for dead fuckin' presidents that represent me

8/26/24, 2:08 PM  Denver Business Owner: Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile is Being Deleted and Erased (AUDIO)

Case 9:24-cv-80967-AHS   Document 36-2   Entered on FLSD Docket 11/15/2024   Page 13 of 18

This screenshot, captured by Joe Oltmann, makes one wonder if Eric's not a fan of the United States either.

Case 9:24-cv-80967-AHS Document 36-2 Entered on FLSD Docket 11/15/2024 Page 14 of 18

8/26/2024, Denver Business Owner Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile is Being Deleted and Erased (AUDIO)

Case 9:24-cv-80967-AHS   Document 36-2   Entered on FLSD Docket 11/15/2024   Page 15 of 18

**A lot of people may be glad to know that Texas rejected using Dominion Voting Systems in their state after reading this garbage!**

**30 states in America, including every critical swing state in the November election, used Dominion Voting Systems.**

8/26/24, 9:06 PM
Denver Business Owner Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile is Being Deleted and Erased (AUDIO)

Case 9:24-cv-80967-AHS   Document 36-2   Entered on FLSD Docket 11/15/2024   Page 16 of 18

Here is our interview with Joe Oltmann on Sunday night.

Case 9:24-cv-80967-AHS Document 36-2 Entered on FLSD Docket 11/15/2024 Page 17 of 18

8/26/2024, Denver Business Owner Dominion's Eric Coomer Is an Unhinged Sociopath - His Internet Profile is Being Deleted and Erased (AUDIO)

## Submit a Correction

**Share** **Gab**

 **Jim Hoft**

https://www.thegatewaypundit.com/2020/11/denver-business-owner-dominions-eric-coomer-unhinged-sociopath-internet-profile-deleted-erased-audio/ 16/17

8/26/24, 12:06 PM  Denver Business Owner Dominion's Eric Coomer Is an Unhinged Sociopath – His Internet Profile is Being Deleted and Erased (AUDIO)

Case 9:24-cv-80967-AHS   Document 36-2   Entered on FLSD Docket 11/15/2024   Page 18 of 18

More Info | Recent Posts | Contact

Jim Hoft is the founder and editor of The Gateway Pundit, one of the top conservative news outlets in America. Jim was awarded the Reed Irvine Accuracy in Media Award in 2013 and is the proud recipient of the Breitbart Award for Excellence in Online Journalism from the Americans for Prosperity Foundation in May 2016.

**Gateway** Pundit

*Where Hope Finally Made a Comeback.*

© 2021 The Gateway Pundit – All Rights Reserved.

**Home**
**About**
**Advertise**
**Privacy**
**Facebook**

**Twitter**
**YouTube**
**Terms**
**Contact**