# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
|     Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
|     Appellees | § |

## EXHIBIT 3
## TO TGP COMMUNICATIONS, LLC'S MOTIONS



CAIN & SKARNULIS PLLC

August 18, 2021

SERVED ONLY: August 18, 2021 5:26 PM
FILING ID: CEB592CB13F42
CASE NUMBER: 2020CV34319

Charlie Cain*
ccain@cstrial.com

*Licensed in Texas and Colorado

*Via Electronic Service
and Email Transmission*

All Counsel

RE:   No. 2020cv034319; *Coomer vs. Donald J. Trump for President, Inc., et al.*; In the District Court of Denver County, Colorado

Counsel:

  Each of you and your respective clients have witnessed the increasingly erratic behavior of Joe Oltmann. He has verbally attacked the trial judge by name and he has disregarded her orders. He is making increasingly threatening and irrational statements on his personal media accounts, at Mike Lindell's Cyber Symposium, and in interviews. He has stated that we (Plaintiff's counsel) have "went after" his family. He sent a "temporary President" to the courthouse to testify for FEC United and his UADF body guard to testify for Shuffling Madness Media/CD Solutions. And, of course, he is refusing to testify under oath about the operative facts of this case (whether in person as ordered or otherwise).

  Given the foregoing and the discovery we have recently obtained, we ask that your client(s) re-evaluate their positions and publicly retract all statements and reporting about Dr. Coomer that are based on Joe Oltmann's claims relating to the alleged Antifa conference call. At a minimum, each of you base your defenses, in whole or in part, on Mr. Oltmann's credibility. He has none and he will not regain it in this case.

  While we ask that the public retraction be issued immediately, we demand that it be issued no event later than **Friday, August 20, 2021**. Alternatively, if you would like to confidentially discuss potential avenues for resolving this case, please let me know and I will give you a call.

Sincerely,

Charles J. Cain

CJC/sb

P. O. Box 1064 | Salida, Colorado 81201 | 719-530-3011 | www.cstrial.com