**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

**EXHIBIT 4
TO TGP COMMUNICATIONS, LLC'S MOTIONS**

# CAIN & SKARNULIS PLLC

April 24, 2023

Charlie Cain*
ccain@cstrial.com
*Licensed in Texas and Colorado

### *Via Email Transmission*

John Zakhem
jszakhem@jacksonkelly.com
Eric R. Holway
eric.holway@jacksonkelly.com
Andrew C Nickel
andrew.nickel@jacksonkelly.com
Jackson Kelly PLLC

Joe Sibley
sibley@camarasibley.com
Camara & Sibley, LLP

Geoffrey N. Blue
gblue@gesslerblue.com
Scott E. Gessler
sgessler@gesslerblue.com
Gessler Blue LLC

Franklin D. Patterson
fpatterson@prpclegal.com
Gordon A. Queenan
gqueenan@prpclegal.com
Patterson Ripplinger, P.C.

Blaine C Kimrey
bkimrey@vedderprice.com
Jeanah Park
jpark@vedderprice.com
Vedder Price, P.C.

Richard A. Westfall
rwestfall@westfall.law
Westfall Law, LLC

Barry Arrington
barry@arringtonpc.com
Arrington Law Firm

Shaun Pearman
shaun@pearmanlawfirm.com
The Pearman Law Firm, P.C.

Randy B. Corporon
rbc@corporonlaw.com
Beth Chambers
bethc@corporonlaw.com
Law Offices of Randy B. Corporon, P.C.

Jonathon C. Burns
john@burns-law-firm.com

Thomas B. Quinn
tquinn@grsm.com
Margaret Boehmer
mboehmer@grsm.com
Gordon Rees Scully Mansukhani, LLP

Michael W. Reagor
mreagor@drc-law.com
Christopher Seerveld
cseerveld@drc-law.com
Dymond • Reagor, PLLC

RE:    No. 2020cv034319; *Coomer v. Donald J. Trump for President, Inc., et. al.*;
In the District Court of Denver County, Colorado

Counsel:

You are all by now undoubtedly aware of the $787.5 million settlement agreement announced in *Dominion Inc. v. Fox News Network, LLC.* This settlement agreement, though admittedly historic in scope, is unsurprising. Claims that Dominion Voting Systems or anyone acting on its behalf played any role in supposedly rigging the 2020 presidential election have always been obviously false. There has never been any evidence to support these claims, and there never will be. They are lies. Even Fox News, despite its limitless resources, ultimately recognized that it could not defend those lies in front of a jury, and rightly ended litigation of its groundless defense.



April 24, 2023
Page 2

      Your clients too know that the claims at issue in this dispute are lies.  They know that Oltmann is a habitual liar who is constantly publishing calls for violence.  They know that he made up countless lies in this case, including that Dr. Coomer was a shareholder of Dominion Voting Systems, that he has overseas bank accounts, that he is somehow tied to George Soros, and of course that he partook in some sort of "Antifa conference call" where he supposedly promised to rig the election.  This is all made up nonsense, as your own investigations have undoubtedly confirmed.  Your clients also know that Oltmann has fabricated evidence in this case, lied about it under oath, and subsequently admitted to his own tampering.[1]  And they know that Dr. Coomer continues to receive death threats as a result of the lies at issue in this dispute.

      Given the foregoing, we again ask that your client(s) re-evaluate their positions and publicly retract all statements and reporting about Dr. Coomer that are based on Joe Oltmann's claims that Dr. Coomer partook in an "Antifa conference call," claimed on that call to have rigged the election, and did in fact rig the election.

      While we ask that the public retraction be issued immediately, we demand that it be issued no later than Friday, April 28, 2023.

      Thank you.

                      Sincerely,

                      Charles J. Cain

CJC/sb
Enclosure
cc:    Eric Coomer, Ph.D.

---

[1] *See* **Exhibit 1**, at 294:13-18.  Under oath in related proceeding *Coomer v. Lindell et. al.*, Case No. 1:22-cv-01129-NYW-SKC, Oltmann admitted that he manipulated the supposed Google screenshot of "Eric Dominion Denver Colorado" stating, "I changed the file name."

1   that you took on September 26th?

2       A    I wasn't looking for Eric Coomer.

3       Q    That's not my question.  No, you don't have

4   the image that you took on September 26th?

5       A    I just had the URL of me doing the search for

6   Eric Coomer on one computer over another.

7       Q    Okay.

8       A    And so when -- when Randy met with me, he's

9   like, "I need the information back then."  Now, if I

10  wouldn't have gone back through my notes, I didn't even

11  provide this initially, as the initial information on

12  this case, because I didn't have it.

13      Q    So this image, as you just stated, was created

14  on November 11th. Who changed it to say 2020-09-26?  Did

15  you change that date?

16      A    That's the file name.

17      Q    Yes.  Who changed that?

18      A    I changed the file name.

19      Q    You changed file name?  Thank you.  All right.

20      A    You still want me to send you the Advanced

21  Search Criteria and do a video of it?  You still want

22  that?

23      Q    Yes, I do.

24      A    Okay.  I drank way too much coffee.

25      Q    Let's take a look at Exhibit number 9 or

