# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

**EXHIBIT 5**
**TO TGP COMMUNICATIONS, LLC'S MOTIONS**

# CAIN & SKARNULIS PLLC

April 25, 2024

Charlie Cain*
ccain@cstrial.com

*Licensed in Texas and Colorado

*Via Email Transmission*

| | |
|---|---|
| Randy B. Corporon | Jonathon C. Burns |
| rbc@corporonlaw.com | tblf@pm.me |
| Beth Chambers | P. O. Box 191250 |
| bethc@corporonlaw.com | St. Louis, Missouri 63119 |
| Law Offices of Randy B. Corporon, P.C. | |
| 2821 S. Parker Road, Suite 555 | |
| Aurora, Colorado 80014 | |

RE: Case No. 2020CV34319; *Coomer v. Donald J. Trump for President, et. al.*; pending the District Court of Denver County, Colorado

Case No. 2022CA843; *Coomer v v. Donald J. Trump for President, et. al.*; pending in the Colorado Court of Appeals

**THIRD DEMAND FOR RETRACTION**

Counsel:

You previously received demands for retraction of your clients' defamatory statements concerning Dr. Coomer on August 18, 2021 and April 24, 2023.

You have by now had time to review the Court of Appeals' 120-page order affirming the Denver District Court's denial of your clients' anti-SLAPP motion to dismiss Dr. Coomer's claims for defamation and intentional infliction of emotional distress issued on April 11, 2024.

The lies your clients published about Dr. Coomer were knowably false at the time your clients published them, and they have only become less credible with the passage of time. Neither Hoft nor The Gateway Pundit (TGP) can possibly deny knowledge of Oltmann's constant calls for political violence, the numerous inconsistencies that riddle his made up claims, or the fact that these lies continue to inspire threats and harassment directed at Dr. Coomer.  His personal contact information is still regularly published on social media, and he is still frequently accosted by conspiracy theorists who believe the lies your clients have published.  On any given day, a search for Dr. Coomer's name on social media will produce results repeating the lies your clients played an instrumental role in spreading, and calling for Dr. Coomer's trial, imprisonment, and execution as a result.  Neither Hoft nor TGP can deny any of this, either to themselves, or to a jury.

 

**THIRD DEMAND FOR RETRACTION**

April 25, 2024
Page 2

Your clients' ongoing refusal to retract those obviously false lies is compelling evidence that they do not care about the harm they have caused, nor will they take even the simplest step to mitigate the damage that their lies continue to inflict on Dr. Coomer. Given the choice your clients are making, the jury will undoubtedly see through any effort to distance themselves from Oltmann at trial.

Dr. Coomer once again demands that your clients publicly retract the false claims that he partook in an "Antifa conference call," claimed on that call to have rigged the election, and did in fact rig the election. You and your clients know that these claims are lies, and you know the risk these claims pose of inciting violence is real. Moreover, your client's repeated failure to abide by Dr. Coomer's demands for retraction will undoubtedly serve as a basis for an award of punitive damages against them.

While we ask that the public retraction be issued immediately, we demand that it be issued no later than close of business on **Friday, May 3, 2024**.

Sincerely,

Charles J. Cain

CJC/sb
cc:    Eric Coomer, Ph.D.