**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
|     Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
|     Appellees | § |

**EXHIBIT 6**
**TO TGP COMMUNICATIONS, LLC'S MOTIONS**

| | |
|---|---|
| COLORADO SUPREME COURT<br>Ralph L. Carr Colorado Judicial Center<br>2 E. 14th Avenue<br>Denver, Colorado 80203<br><br>On appeal from the Colorado Court of Appeals<br>Case No. 2022 CA 0843<br><br>Denver District Court<br>Case No. 2020 CV 034319<br><br>Petitioner(s):  DONALD J. TRUMP FOR PRESIDENT, INC.; SIDNEY POWELL; SIDNEY POWELL, P.C.; JOSEPH OLTMANN; FEC UNITED; SHUFFLING MADNESS MEDIA, INC., D/B/A CONSERVATIVE DAILY; JAMES HOFT; TGP COMMUNICATIONS, LLC, D/B/A THE GATEWAY PUNDIT; AND MICHELLE MALKIN<br><br>v.<br><br>Respondent(s): ERIC COOMER, Ph.D.<br><br>*Attorneys for Petitioner Malkin:*<br>Franklin D. Patterson, No. 12058<br>Patterson Ripplinger, P.C.<br>5613 DTC Parkway, Suite 400<br>Greenwood Village, Colorado 80111<br>Telephone:     303/741-4539<br>Facsimile:      303/741-5043<br>E-mail:          fpatterson@prpclegal.com | DATE FILED: May 10, 2024 5:09 PM<br>FILING ID: C8E67EA962B76<br>CASE NUMBER: 2024SC317<br><br><br>▲ COURT USE ONLY ▲<br><br>Case Number:  2024 SC |

**PETITIONERS' JOINT MOTION
FOR ONE-MONTH EXTENSION OF TIME TO FILE
PETITIONS FOR WRIT OF *CERTIORARI***

1

Petitioners, pursuant to C.A.R. 56, respectfully move this Court for a one-month extension of time, through and including Monday, June 24, 2024, to file their Petitions for Writ of *Certiorari* ("Petitions") in the above-captioned case for the reasons set forth below.[1]

1. On April 11, 2024, the Colorado Court of Appeals issued its Opinion in *Coomer v. Donald J. Trump for President, Inc., et al.*, No. 2022 CA 0843 and 2022 CA 0879. No party filed a petition for rehearing.

2. Pursuant to C.A.R. 52(b)(1), any Petitions for Certiorari are currently due on Thursday, May 23, 2024.

3. Under C.A.R. 56, this Court, for "good cause shown" and after entry of appearance and payment of the docket fee, may extend the time prescribed for filing a petition for writ of *certiorari*.

4. This pleading constitutes each counsel's entry of appearance, and the docket fee for each attorney is being paid in conjunction with this filing.

5. Good cause exists to extend the deadline for filing the Petition or Petitions because multiple petitioners adversely impacted by the Court of Appeals decision are involved in discussions to determine the actual key issues to include in any Petition, as well as discussions whether to coordinate a single joint Petition or

---

[1] One calendar month would actually fall on a weekend, The request is for the new deadline to fall on a Monday.

2

multiple individual Petitions. The Court of Appeals Opinion covers 106 pages and addresses myriad issues which are at times intertwined between the parties and at times addressed to individual parties. The breadth and complexity of the issues covered in the Opinion require additional time to evaluate for purposes of a Petition or Petitions.

6. Further good cause exists to extend the deadline for filing the Petition or Petitions because of potential amici curiae. This case is of significance to all media in Colorado, including individuals employed in the media as well as media corporations and media associations. This case is of significance to all Colorado residents active in politics who may speak out about current events and stories. This case is of significance to Colorado law because it offers this Court the first opportunity to address varying interpretations of a statute implicating important First Amendment issues. Petitioner believes prospective amici curiae may file motions for leave to file amicus briefs in support of the Petition. Petitioner requests the extension of time in part to accommodate amici curiae's briefing schedule as well.

7. As a result of the matters addressed in paragraph 5 and the multiple interests identified in paragraph 6, good cause exists to extend the deadline for filing the Petitions because the parties need additional time to communicate with

these other interests and provide any necessary records. It will take additional time for those other interests to familiarize themselves with the case and to draft and finalize their own Petitions.

WHEREFORE, Petitioners respectfully request a one-month extension of time, through and including Monday, June 24, 2024, within which to file their Petitions.

DATED this 10th day of May, 2024.

Respectfully submitted,

| **PATTERSON RIPPLINGER, P.C.** | **CAMPBELL KILLIN BRITTAN & RAY, LLC** |
|---|---|
| *s/ Franklin D. Patterson* | *s/ John S. Zakhem* |
| Franklin D. Patterson<br>*Attorneys for Petitioner Malkin* | John S. Zakhem<br>Andrew C. Nickel<br>*Attorney for Petitioner Donald J. Trump For President, Inc.* |
| **KENNEDYS CMK LLP** | **HARRIS, KARSTAEDT, JAMISON & POWERS, P.C.** |
| *s/ Marc S. Casarino* | *s/ Dino G. Moncecchi* |
| Marc S. Casarino<br>*Attorneys for Petitioners Sidney Powell and Sidney Powell, P.C.* | Jamey W. Jamison<br>Dino G. Moncecchi<br>Mark A. Sares<br>*Attorney for Petitioners Oltmann, FEC United, and Shuffling Madness Media, Inc. dba Conservative Daily* |

4

**BURNS LAW FIRM**

*s/ Jonathon C. Burns*

---

Jonathon C. Burns
*Attorneys for Petitioners Hoft and TGP Communications LLC dba The Gateway Pundit*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2024, a true and correct copy of the above and foregoing **PETITIONERS' JOINT MOTION FOR ONE-MONTH EXTENSION OF TIME TO FILE PETITIONS FOR WRIT OF *CERTIORARI*** was served upon the following via Colorado Courts E-Filing:

| | |
|---|---|
| Barry K. Arrington, Esq.<br>Arrington Law Firm<br>3801 E. Florida Avenue, Suite 830<br>Denver, Colorado 80210<br>*(Attorneys for Petitioners Sidney Powell and Sidney Powell, P.C.)* | Randy B. Corporon, Esq.<br>Beth Chambers, Esq.<br>Law Office of Randy B. Corporon, P.C.<br>2821 S. Parker Road, Suite 555<br>Aurora, Colorado 80014<br>*(Attorneys for Petitioners Hoft and TGP Communications LLC dba The Gateway Pundit)* |
| Charles J. Cain, Esq.<br>Bradley A. Kloewer, Esq.<br>Zachary H. Bowman, Esq.<br>Cain & Skarnulis PLLC<br>P.O. Box 1064<br>Salida, Colorado 81201<br>*(Attorneys for Respondent)* | Thomas M. Rogers, III, Esq.<br>Mark G. Grueskin, Esq.<br>Andrew E. Ho, Esq.<br>Recht Kornfeld, P.C.<br>1600 Stout Street, Suite 1400<br>Denver, Colorado 80202<br>*(Attorneys for Respondent)* |

*s/Terri A. Taylor*
Terri A. Taylor