# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

# EXHIBIT 11
# TO TGP COMMUNICATIONS, LLC'S MOTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 2024-CV-23205-KMW

In re:

**JOHN D. LEVITAN, SR.**

    **Appellant,**

v

**GILEAD SCIENCES, INC.,
GILEAD SCIENCES IRELAND UC,
and GILEAD SCIENCES, LLC**

    **Appellees.**
_____/

## MOTION FOR SECOND
## EXTENSION OF TIME TO FILE INITIAL BRIEF

**JOHN D. LEVITAN, SR.** **("Appellant")** seeks a second extension of time to file his initial brief for an additional fifteen (15) days.

1. On August 21, 2024, the Appellant filed his Notice of Appeal.

2. On September 20, 2024, the Bankruptcy Court transmitted the record on appeal to the District Court. Thus, the initial brief was due on October 21, 2024.

3. On October 22, 2024, this Court entered its paperless Order Granting Appellants Motion for Extension of Time to File Initial Brief on or before November 5, 2024.

### Good Cause

4. Appellant's law firm is still dealing with an associate attorney resigning without notice, one of the Partners, Barry Roderman passing away, and traveling back and forth to family farm in Georgia to work on repairs from Hurricane Helene.

5.    Houston has been handling the case load and deadlines of the entire firm and dealing with the aftermath of the Hurricane.

6.    For these reasons, and others, counsel for Appellant was not able to complete the Initial Brief.

7.    Counsel for Appellant has communicated with Appellee's counsel for their consent to a 15-day extension and Appellee's have not responded as of the filing of this motion.

8.    Appellant requests an additional 15-days to complete and file his Initial Brief in this case.

**WHEREFORE**, JOHN D. LEVITAN, SR., requests the entry of a second Order extending the time within which to file his Initial Brief with this Court for an additional 15-days through and including November 20, 2024, and for such other and further relief this Court deems just and proper.

**Dated: November 6, 2024**

                                    Respectfully submitted,

                    By:    /s/ Bart A. Houston, Esq.
                           Bart A. Houston, Esq.
                           Florida Bar No. 623636
                           **HOUSTON RODERMAN**
                           *Counsel for Appellant/Plaintiff*
                           633 S. Andrews Ave. Suite 500
                           Ft. Lauderdale, Florida 33301
                           Telephone: (954) 900-2615
                           Primary Email: bhouston@houstonroderman.com
                           Secondary Email: dschena@houstonroderman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 6, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in this action via transmission of Notices of Electronic Filing generated by the CM/ECF Noticing System.

By: /s/ Bart A. Houston, Esq.
    Bart A. Houston, Esq.
    Florida Bar No. 623636