# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

### EXHIBIT 12
### TO TGP COMMUNICATIONS, LLC'S MOTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60474-DSL

**MIGUEL ANGEL LEON,** *et al.,*

    **Plaintiffs,**

v.

**GRASS ROOTS COMPLETE LLC
and DANIEL GOLDSTEIN.**

    **Defendant(s).**
_____/

NOTICE OF APPEARANCE
AND DESIGNATION OF E-MAIL ADDRESSES

**PLEASE TAKE NOTICE** that Bart A. Houston, Esq. and Houston Roderman, PLLC hereby enters an appearance as counsel of record on behalf of Defendant's, **GRASS ROOTS COMPLETE LLC and DANIEL GOLDSTEIN ("Defendants")**, and request that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on the undersigned at the designated email addresses in the signature block.

This Notice of Appearance is not intended, nor should it be deemed as a waiver of any defenses including personal jurisdiction, sufficiency of process, sufficiency of service of process or venue. All such defenses and matters are preserved.

**Dated: November 7, 2024**

**[SIGNATURE ON NEXT PAGE]**

1

                                **HOUSTON RODERMAN, PLLC**
                                *Counsel for Defendants*
                                633 S. Andrews Avenue, Suite 500
                                Fort Lauderdale, Florida 33301
                                Telephone: (954) 900-2615
                                Facsimile: (954) 839-9068
                                Primary Email: bhouston@houstonroderman.com
                                Secondary Email: dschena@houstonroderman.com

By:   /s/ Bart A. Houston, Esq._____
        Bart A. Houston, Esq.
        Fla. Bar No. 623636

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served through the Florida Court's E-Filing Portal to: **Dillon Scott Cuthbertson, Esq.,** *Counsel for Plaintiff*, Koz Law, P.A., 800 East Cypress Creek Road, Suite 421, Ft. Lauderdale, FL 33334 and **Elliot Ari Kozolchyk, Esq.**, *Counsel for Plaintiff*, 320 SE 9th Street, Ft. Lauderdale, FL 33316 on November 7, 2024.

By:   /s/ Bart A. Houston, Esq._____
        Bart A. Houston, Esq.
        Fla. Bar No. 623636