# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

## EXHIBIT 13
## TO TGP COMMUNICATIONS, LLC'S MOTIONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60474-DSL

**MIGUEL ANGEL LEON**, *et al.*,

 **Plaintiffs,**

v.

**GRASS ROOTS COMPLETE LLC
and DANIEL GOLDSTEIN.**

 **Defendant(s).**

_____/

**DEFENDANT'S RESPONSE TO PAPERLESS
ORDER TO SHOW CAUSE DATED NOVEMBER 8, 2024**

 Defendant, **DANIEL GOLDSTEIN ("Defendant"** or **"Goldstein"**) files his response to Paperless Order to Show Cause [Doc No. 55] dated November 8, 2024, issued by this Court.

 1. On October 2, 2024, this Court entered an Order Granting Defendant's Motion for Clarification of and Extension of Time to Satisfy Order Imposing Sanctions [Doc No. 45].

 2. The Order ordered Goldstein to complete 10 hours of community service by November 1, 2024, and to file a notice of compliance by November 6, 2024, indicating whether he completed those hours.

 3. On November 8, 2024, the Court issued its Paperless Order to Show Cause [Doc No. 55] giving Goldstein until November 12, 2024, to file a notice indicating whether he has completed his community service hours and file a response to this Order to Show Cause explaining why he did not file a notice in a timely fashion.

 4. Due, in large part, to the withdrawal of prior counsel and the delayed entry of an appearance by substitute counsel, the filing of the proof of compliance was delayed.

1

5.  In fact, Goldstein completed his 10 hours of community service by October 23, 2024 and forwarded the evidence of compliance to undersigned counsel before the filing date. However, due to the delayed appearance and other disruptions in undersigned office,[1] the filing is untimely.  A copy of the evidence of compliance is attached to the Response as *Exhibit "A"*

**Dated: November 12, 2024**

        **HOUSTON RODERMAN, PLLC**
*Counsel for Goldstein*
633 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
Primary Email: bhouston@houstonroderman.com
Secondary Email: dschena@houstonroderman.com

By: /s/ Bart A. Houston, Esq.
    Bart A. Houston, Esq.
    Fla. Bar No. 623636

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served through the Florida Court's E-Filing Portal to: **Dillon Scott Cuthbertson, Esq.,** *Counsel for Plaintiff*, Koz Law, P.A., 800 East Cypress Creek Road, Suite 421, Ft. Lauderdale, FL 33334 and **Elliot Ari Kozolchyk, Esq.**, *Counsel for Plaintiff*, 320 SE 9th Street, Ft. Lauderdale, FL 33316 on November 12, 2024.

By: /s/ Bart A. Houston, Esq.
    Bart A. Houston, Esq.
    Fla. Bar No. 623636

---

[1] The unexpected and sudden death last month of Barry G. Roderman, a partner in the firm.

# Exhibit "A"



**MEALS on WHEELS**
SOUTH FLORIDA
TOGETHER, WE CAN DELIVER.

4355 W. Sunrise Blvd., Plantation, Fl 33313
Phone: 954.731.8770 | Fax: 954.714.6950
Web: mealsonwheelssouthflorida.org | Email: info@mowsoflo.org

## COMMUNITY SERVICE HOURS

| | | | |
|---|---|---|---|
| **Name:** DANIEL GOLDSTEIN | | **Contact:** Marlene Gray | |
| **Month:** OCTOBER 2024 | | **Phone No.:** 954-714-6924 | |
| **Total Hours:** 10 | | **E-Mail:** mgray@mowsoflo.org | |

| Date | Time In | Time Out | Total (per day) |
|---|---|---|---|
| 10/22/2024 | 9:00 am | 2:00 pm | 5 |
| Various duties such as shredding, assisting in moving items in the office | | | |
| 10/23/2024 | 9:00 am | 2:00 pm | 5 |
| Various duties | | | |

**Total Hours** 10

Signature: [signature]
Volunteer
Date: 10/23/2024

Signature: [signature]
Marlene Gray, Interim Executive Director
Date: 10/23/2024

*Mission: To end hunger across all ages with kindness, dignity and compassion.*