# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-CIV-SINGHAL

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

**ORDER**

**THIS CAUSE** is before the Court on Dr. Eric Coomer's Motion to Strike Pursuant to F.R.C.P. 12(f). Upon review of the Motion, response, and reply, if any, the Court finds that there is good cause for granting Dr. Eric Coomer's Motion to Strike. The Court finds that TGP Communications, LLC's statements concerning Dr. Coomer's counsel contained in TGP Communications, LLC's Motion for Third Extension of Time to File Initial Brief are offensive, scandalous, and immaterial to the matter at hand. Therefore, it is

**ORDERED AND ADJUDGED** that TGP Communications, LLC file an amended pleading that strikes the following language contained on page 4 of TGP Communications, LLC's Motion for Third Extension of Time to File Initial Brief:

> Further, are we not humans? It is outrageous that counsel for Coomer would not consent to this modest relief.

\* \* \* \* \*

1

Litigation is often a bare knuckles affair, but to seek to take advantage of a tragedy by refusing such a reasonable request makes the undersigned wonder just what kind of soul-rot exists in this profession?

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this ____ day of November 2024.

                                                RAAG SINGHAL
                                                UNITED STATES DISTRICT JUDGE