# **EXHIBIT 1**

## Declaration of John Burns

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

In re:

TGP COMMUNICATIONS, LLC,

       Appellant,

v.

RUBY FREEMAN; WANDREA
ARSHAYE MOSS; AND DR.
ERIC COOMER,

       Appellees.
_____/

## DECLARATION OF JOHN BURNS

I, John C. Burns, being duly sworn, depose and state the following under penalty of perjury:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am general counsel for TGP Communications, LLC, Appellant in the above-captioned proceeding.

3. I make this Declaration in support of Appellant TGP Communications, LLC's Memorandum of Law in Opposition of Appellee Dr. Eric Coomer's Motion to Dismiss.

4. Upon TGP discovering on November 8, 2024, that Attorney Houston had missed the deadline and Dr. Coomer moved to dismiss, TGP took immediate action, securing substitute counsel and having that counsel seek an emergency extension to enable it to familiarize itself with the case and draft the initial brief.

5. The undersigned believed that the presumption of good faith afforded to Appellant by the Court by taking the undersigned's word at face value was sufficient to substantiate those claims, especially since they were easily verified, did not present any difficult to believe circumstances, the request was modest, and this very case's prior history evidenced a pattern of granting extensions without need for attachment of sworn statements. Further, speculation, as the Court calls it, was all that Appellant could demonstrate due to the fact that Houston was not responding.

6. Appellant received repeated promises that the Initial Brief would be filed, and it was not apparent until after the November 4 deadline had passed that the situation was serious enough to require substitution of counsel and another extension of time to allow the undersigned fair time to file.

7. The failure to file a timely initial brief was neither tactical nor purposeful; TGP fully paid for and intended that the brief would be filed and did not know it was not filed until it learned of Dr. Coomer's motion by happenstance.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/22/24

John C. Burns