UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

In re:

TGP COMMUNICATIONS, LLC,

    Appellant,

v.

RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,

    Appellees.

_____/

## NOTICE OF STRIKING DOCUMENT 40

Appellant TGP Communications, LLC, Plaintiff International Health Brands, LLC, hereby strikes Appellant's Memorandum of Law in Opposition to of Appellee's Dr. Eric Coomer's Motion to Dismiss. (Doc. #40). It is the wrong version of the document. The proper version will be filed contemporaneously.

| | |
|---|---|
| Dated: November 22, 2024. | Respectfully submitted,<br>/s/ Marc J. Randazza<br>Marc J. Randazza<br>  Florida Bar No. 625566<br>RANDAZZA LEGAL GROUP, PLLC<br>2 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131<br>Telephone: 786-800-3500<br>ecf@randazza.com<br><br>John C. Burns (*PHV Forthcoming*)<br>Burns Law Firm<br>P.O. Box 191250<br>St. Louis, MO 63119<br>Telephone: 314-329-5040<br>TBLF@pm.me<br><br>*Attorneys for Appellant* |

- 1 –
Notice of Striking Document 40

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court and has been served on all parties of record through the CM/ECF system.

/s/ Marc J. Randazza
MARC J. RANDAZZA