# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

# EXHIBIT 1
# TO REPLY IN SUPPORT OF MOTION TO DISMISS APPEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60474-DSL

**MIGUEL ANGEL LEON,** *et al.,*

    **Plaintiffs,**

v.

**GRASS ROOTS COMPLETE LLC
and DANIEL GOLDSTEIN.**

    **Defendant(s).**

_____/

**MOTION FOR ENLARGEMENT OF
TIME TO FILE AMENDED DISCOVERY RESPONSES**

    Defendants, **GRASS ROOTS COMPLETE LLC** and **DANIEL GOLDSTEIN** (" **Defendants**") hereby requests a twenty-five day enlargement of time to file amended discovery responses.

    1.    On July 30, 2024, Plaintiffs served its First Request for Production, First Set of Interrogatories and First set of Request for Admissions (the "**First Discovery Requests**") more specifically:

    (i)    First Request for Production of Documents (4 sets to Grass Roots Complete, LLC each consisting of approximately 50 requests; 4 sets to Daniel Goldstein, each consisting of approximately 31 requests);

    (ii)    First Set of Interrogatories (4 sets to Grass Roots Complete, LLC, each consisting of approximately 21 interrogatories; 4 sets to Daniel Goldstein, each consisting of approximately 15 interrogatories); and

1

(iii)    First Request for Admissions to Defendants (4 sets to Grass Roots Complete, LLC, each consisting of approximately 12 requests; 4 sets to Daniel Goldstein, each consisting of approximately 19 requests).

2. On August 28, 2024, the parties agreed to an enlargement of time to respond to Plaintiffs First Discovery Requests until September 18, 2024.

3. On September 4, 2024, Plaintiffs served its Second Request for Production, Second Set of Interrogatories and Second set of Request for Admissions (the "**Second Discovery Requests**") more specifically:

(i)    Second Request for Production of Documents (4 sets to Grass Roots Complete, LLC, each consisting of approximately 4 requests); and

(ii)   Second Request for Admissions to Defendant (3 sets to Grass Roots Complete, LLC, collectively consisting of approximately 81 to 162 in total requests.

4. On September 18, 2024, Defendants served their responses to the Plaintiffs First Set of Discovery Requests.

5. On October 1, 2024, Plaintiffs filed their Motion for Discovery Hearing [Doc No. 43].

6. On October 3, 2024, the Court entered its Order Granting Defendants Attorneys, J. Freddy Perera, Esq., Brody Shulman, Esq., Perera Law Group, P.A., and Alexandra Christine Hayes, Esq., Motion to Withdraw as attorneys for Defendants [Doc No. 48].

7. On October 11, 2024, this Court entered its Order Denying Without Prejudice Plaintiffs' Motion for Discovery Hearing [Doc No. 52] giving Defendants until November 19, 2024, to file amended discovery responses.

8. On November 7, 2024, the undersigned attorney was retained and filed his Notice of Appearance for Defendants [Doc No. 54].

9. On November 7, 2024, Plaintiffs' attorney sent a 34-page letter to the undersigned attorney indicating the perceived deficiencies in the Discovery Responses and to confer in good faith pursuant to Local Rule 7.1 regarding the insufficient responses the First Set of Discovery.

10. On November 12, 2024, the lawyers participated in a telephone conversation concerning the Discovery Responses.

11. Due to numerous factors, including the undersigned trial schedule, and existing conflicts, Defendants' Amended Discovery Requests to the First Set of Discovery could not be timely filed. The First Set of Discovery is voluminous and detailed and requires additional time to extract factual information from the Defendants' records in order to prepare and serve meaningful Amended Responses to Plaintiffs First Set of discovery requests. This Motion is not being filed for purposes of delay.

12. Based on good cause shown, Defendants respectfully request an enlargement of time to serve their Amended Responses to First Set of Discovery Requests and to serve its responses to Plaintiffs Second Set of Discovery Requests for twenty-five (25) days through and including December 16, 2024.

**WHEREFORE**, the Defendants respectfully request that this Court enter an Order granting an enlargement of time through and including December 16, 2024, to (i) serve their Amended Responses to First Set of Discovery Requests; and (ii) serve their Responses to the Second Set of Discovery Requests and granting any other relief the Couret deems just.

**Dated: November 19, 2024**

                                                    **HOUSTON RODERMAN, PLLC**
*Counsel for Defendants*
633 S. Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 900-2615
Facsimile: (954) 839-9068
Primary Email: bhouston@houstonroderman.com
Secondary Email: dschena@houstonroderman.com

By:   /s/ Bart A. Houston, Esq._____
Bart A. Houston, Esq.
Fla. Bar No. 623636

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(3)

**I HEREBY CERTIFY** that the undersigned has conferred by email and telephone with all counsel for parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and is authorized to state that **opposing counsel has consented to the relief requested in this Motion**.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served through the Florida Court's E-Filing Portal to: **Dillon Scott Cuthbertson, Esq.,** *Counsel for Plaintiff*, Koz Law, P.A., 800 East Cypress Creek Road, Suite 421, Ft. Lauderdale, FL 33334 and **Elliot Ari Kozolchyk, Esq.**, *Counsel for Plaintiff*, 320 SE 9th Street, Ft. Lauderdale, FL 33316 on November 19, 2024.

By:   /s/ Bart A. Houston, Esq._____
Bart A. Houston, Esq.
Fla. Bar No. 623636