IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

**EXHIBIT 2
TO REPLY IN SUPPORT OF MOTION TO DISMISS APPEAL**

Query  Reports  Utilities  Help  Log Out

MEDIATION,PAB,REF_DISCOV,REF_SETTLEMENT

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:24-cv-60474-DSL

| | |
|---|---|
| Leon v. Grass Roots Complete LLC et al | Date Filed: 03/25/2024 |
| Assigned to: Judge David S. Leibowitz | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Panayotta D. Augustin-Birch | Nature of Suit: 710 Labor: Fair Standards |
| Cause: 29:0201 Fair Labor Standards Act | Jurisdiction: Federal Question |

**Plaintiff**

**Miguel Angel Leon**               represented by   **Dillon Scott Cuthbertson**
Koz Law, P.A.
800 East Cypress Creek Road
Suite 421
Fort Lauderdale, FL 33334
954-614-9628
Email: dc@kozlawfirm.com
*ATTORNEY TO BE NOTICED*

**Elliot Ari Kozolchyk**
320 S.E. 9th street
Fort Lauderdale, FL 33316
786-924-9929
Fax: 786-358-6071
Email: ekoz@kozlawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Eddie Leonard Simmons**           represented by   **Elliot Ari Kozolchyk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dillon Scott Cuthbertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sammie Lee Smith**                represented by   **Elliot Ari Kozolchyk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dillon Scott Cuthbertson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Vern Allen Roper**                represented by   **Elliot Ari Kozolchyk**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Dillon Scott Cuthbertson**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Grass Roots Complete LLC**        represented by   **Bart Alan Houston**
                                                     Houston Roderman
                                                     633 S. Andrews Avenue
                                                     Suite 500
                                                     Ft. Lauderdale, FL 33301
                                                     954-900-2615
                                                     Fax: 954-839-9068
                                                     Email: bhouston@houstonroderman.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jorge Freddy Perera**
                                                     Perera Law Group, P.A.
                                                     12505 Orange Drive
                                                     Suite 908
                                                     Davie, FL 33330
                                                     305-812-0505
                                                     Email: freddy@pba-law.com
                                                     *TERMINATED: 10/03/2024*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Alexandra Christine Hayes**
                                                     Perera Barnhart Aleman
                                                     300 Sevilla Avenue
                                                     Ste 206
                                                     Coral Gables, FL 33134
                                                     786-485-5232
                                                     Email: alex@pba-law.com
                                                     *TERMINATED: 10/03/2024*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Brody Max Shulman**
                                                     PERERA BARNHART ALEMAN
                                                     12555 Orange Drive
                                                     2nd Floor
                                                     Davie, FL 33330

|  |  | 786-485-5232<br>Email: brody@pba-law.com<br>*TERMINATED: 10/03/2024*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Daniel Goldstein** | represented by | **Bart Alan Houston**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jorge Freddy Perera**<br>(See above for address)<br>*TERMINATED: 10/03/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alexandra Christine Hayes**<br>(See above for address)<br>*TERMINATED: 10/03/2024*<br>*ATTORNEY TO BE NOTICED* |
| | | **Brody Max Shulman**<br>(See above for address)<br>*TERMINATED: 10/03/2024*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2024 | 1 | COMPLAINT against All Defendants. Filing fees $ 405.00 receipt number AFLSDC-17395312, filed by Miguel Angel Leon. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Exhibit A - Plaintiff Miguel Angel Leon's Statement of Claim)(Kozolchyk, Elliot) (Entered: 03/25/2024) |
| 03/25/2024 | 2 | Clerk's Notice of Judge Assignment to Judge David S. Leibowitz.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Panayotta Augustin-Birch is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (caw) (Entered: 03/26/2024) |
| 03/26/2024 | 3 | Summons Issued as to Daniel Goldstein, and Grass Roots Complete LLC. (caw) (Entered: 03/26/2024) |
| 03/28/2024 | 4 | ORDER IN ACTIONS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT: Statement of Claim due by 4/8/2024. ORDER REFERRING CASE to Magistrate Judge Panayotta D. Augustin-Birch for Settlement. Signed by Judge David S. Leibowitz on 3/28/2024. *See attached document for full details.* (scn) (Entered: 03/29/2024) |

| | | |
|---|---|---|
| 04/08/2024 | 5 | Statement of: Claim by Miguel Angel Leon re 4 Order Referring Case to Magistrate Judge,, Set/Reset Deadlines/Hearings, (Attachments: # 1 Exhibit A - Plaintiff's Statement of Claim) (Kozolchyk, Elliot) (Entered: 04/08/2024) |
| 06/21/2024 | 6 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Miguel Angel Leon. Daniel Goldstein served on 6/13/2024, response/answer due 7/8/2024. (Kozolchyk, Elliot) (Entered: 06/21/2024) |
| 06/21/2024 | 7 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline pursuant to Fed. R. Civ. P. 12 by Miguel Angel Leon. Grass Roots Complete LLC served on 6/13/2024, response/answer due 7/8/2024. (Kozolchyk, Elliot) (Entered: 06/21/2024) |
| 06/25/2024 | 8 | NOTICE of Compliance by Miguel Angel Leon re 4 Order Referring Case to Magistrate Judge,, Set/Reset Deadlines/Hearings, (Kozolchyk, Elliot) (Entered: 06/25/2024) |
| 06/25/2024 | 9 | Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement - NONE disclosed by Miguel Angel Leon (Kozolchyk, Elliot) (Entered: 06/25/2024) |
| 07/03/2024 | 10 | NOTICE of Attorney Appearance by Alexandra Christine Hayes on behalf of Daniel Goldstein, Grass Roots Complete LLC. Attorney Alexandra Christine Hayes added to party Daniel Goldstein(pty:dft), Attorney Alexandra Christine Hayes added to party Grass Roots Complete LLC(pty:dft). (Hayes, Alexandra) (Entered: 07/03/2024) |
| 07/03/2024 | 11 | Defendant's MOTION to Consolidate Cases by Daniel Goldstein, Grass Roots Complete LLC. Responses due by 7/17/2024. (Hayes, Alexandra) (Entered: 07/03/2024) |
| 07/05/2024 | 12 | Unopposed MOTION for Extension of Time to file response to Complaint re 1 Complaint, by Daniel Goldstein, Grass Roots Complete LLC. Attorney Jorge Freddy Perera added to party Daniel Goldstein(pty:dft), Attorney Jorge Freddy Perera added to party Grass Roots Complete LLC(pty:dft). Responses due by 7/19/2024. (Perera, Jorge) (Entered: 07/05/2024) |
| 07/08/2024 | 13 | ORDER GRANTING 12 MOTION FOR EXTENSION OF TIME. Responses due by 7/19/2024. Signed by Judge David S. Leibowitz on 7/8/2024. *See attached document for full details*. (caw) (Entered: 07/08/2024) |
| 07/19/2024 | 14 | ANSWER and Affirmative Defenses to Complaint by Daniel Goldstein, Grass Roots Complete LLC. (Perera, Jorge) (Entered: 07/19/2024) |
| 07/22/2024 | 15 | ORDER GRANTING 11 MOTION TO CONSOLIDATE CASES: ORDER OF CONSOLIDATION. The Clerk of Court shall CONSOLIDATE case numbers 0:24-cv-60474 and 0:24-cv-60723 as Miguel Angel Leon, et al. v. Grass Roots Complete LLC, et al., No. 0:24-cv-60474-LEIBOWITZ/AUGUSTIN-BIRCH (S.D. Fla.). All future pleadings, motions, or other papers shall be filed in case number 0:24-cv-60474-LEIBOWITZ/AUGUSTIN-BIRCH and bear only the caption of that case. All motions pending in case number 0:24-cv-60723 are DENIED as moot and shall be re-filed in case number 0:24-cv-60474. The Clerk of Court shall CLOSE case number 0:24-cv-60723. Signed by Judge David S. Leibowitz on 7/22/2024. *See attached document for full details*. (caw) (Entered: 07/23/2024) |
| 07/24/2024 | 16 | PAPERLESS ORDER SETTING STATUS CONFERENCE: A Status Conference is set in this matter on August 1, 2024, at 2:15 p.m. Eastern Standard Time in the Fort Lauderdale Division before United States Magistrate Judge Augustin-Birch, to take place via Zoom Video Teleconference. To log in through ZoomGov Meeting, use Meeting ID: 16096518849 and Passcode: 752819. The purpose of the Status Conference is to discuss a date for a Settlement Conference per the Honorable David S. Leibowitz's referral at docket |

| | | |
|---|---|---|
| | | entry 4 . All counsel must appear by both audio and video and have available to them their own schedules and the schedules of their clients and/or client representatives to attend a Settlement Conference. Clients need not appear for the Status Conference. Any motion to continue the Status Conference must include at least three alternative dates on which all counsel are available for a rescheduled Status Conference. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 7/24/2024. (sk01) (Entered: 07/24/2024) |
| 07/26/2024 | 17 | Plaintiff's NOTICE *of Defendants' Non-Compliance with the Court's Order in Actions Brought Under the Fair Labor Standards Act [ECF No. 4]* by Miguel Angel Leon, Vern Allen Roper, Eddie Leonard Simmons, Sammie Lee Smith re 8 Notice of Compliance, 4 Order Referring Case to Magistrate Judge,, Set/Reset Deadlines/Hearings, (Kozolchyk, Elliot) (Entered: 07/26/2024) |
| 07/26/2024 | 18 | Request for Clerk to Appoint Mediator(Kozolchyk, Elliot) (Entered: 07/26/2024) |
| 07/29/2024 | 19 | Clerk's Appointment of Mediator: Robyn S. Hankins added (pt) (Entered: 07/29/2024) |
| 07/29/2024 | 20 | ANSWER and Affirmative Defenses to Complaint *filed in Related Case that has been consolidated* by Daniel Goldstein, Grass Roots Complete LLC. (Perera, Jorge) (Entered: 07/29/2024) |
| 07/29/2024 | 21 | Unopposed MOTION for Extension of Time to Response to Statement of Claims re 4 Order Referring Case to Magistrate Judge,, Set/Reset Deadlines/Hearings, by Daniel Goldstein, Grass Roots Complete LLC. Responses due by 8/12/2024. (Perera, Jorge) (Entered: 07/29/2024) |
| 07/30/2024 | 22 | Joint SCHEDULING REPORT - **Rule** by Miguel Angel Leon, Vern Allen Roper, Eddie Leonard Simmons, Sammie Lee Smith (Attachments: # 1 Text of Proposed Order) (Kozolchyk, Elliot) (Entered: 07/30/2024) |
| 07/31/2024 | 23 | ORDER granting 21 Unopposed Motion for Extension of Time to Respond to Plaintiffs' Statements of Claims and Provide Documents. Responses due by 8/12/2024. Signed by Judge David S. Leibowitz on 7/30/2024. *See attached document for full details*. (kpe) (Entered: 07/31/2024) |
| 07/31/2024 | 24 | *AMENDED* ANSWER and Affirmative Defenses to Complaint *by Miguel Angel Leon* by Daniel Goldstein, Grass Roots Complete LLC. (Perera, Jorge) (Entered: 07/31/2024) |
| 08/01/2024 | 25 | PAPERLESS Minute Entry for proceeding held via Zoom Video Teleconference before Magistrate Judge Panayotta D. Augustin-Birch: Status Conference held on 8/1/2024. Total time in court: 0 hours : 10 minutes. Attorney Appearances: Elliot Ari Kozolchyk, Brody Shulman. (sk01) (Entered: 08/01/2024) |
| 08/01/2024 | 26 | Order Scheduling Settlement Conference. A Settlement Conference is set for August 27, 2024, at 1:30 p.m. in the Fort Lauderdale Division before Magistrate Judge Panayotta D. Augustin-Birch, to take place via Zoom Video Teleconference. The parties confidential settlement memoranda are due by August 20, 2024. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 8/1/2024. *See attached document for full details*. (sk01) (Entered: 08/01/2024) |
| 08/12/2024 | 27 | Statement of: *RESPONSE TO STATEMENTS OF CLAIM* by Daniel Goldstein, Grass Roots Complete LLC re 5 Statement (Perera, Jorge) (Entered: 08/12/2024) |
| 08/21/2024 | 28 | Unopposed MOTION to Continue *Settlement Conference to 2:30 p.m.* re 26 Order Setting/Resetting/Cancelling Hearing,, Set/Reset Deadlines, by Miguel Angel Leon, Vern Allen Roper, Eddie Leonard Simmons, Sammie Lee Smith. Responses due by 9/4/2024. (Kozolchyk, Elliot) (Entered: 08/21/2024) |

| | | |
|---|---|---|
| 08/22/2024 | 29 | PAPERLESS ORDER GRANTING 28 Plaintiff's Unopposed Motion to Reset Settlement Conference. The Settlement Conference is reset to August 27, 2024, at 2:30 p.m. Eastern Standard Time, to take place via Zoom Video Teleconference. All other provisions of 26 the Order Scheduling Settlement Conference remain in effect. **TIME CHANGE ONLY** Signed by Magistrate Judge Panayotta D. Augustin-Birch on 8/22/2024. (sk01) (Entered: 08/22/2024) |
| 08/22/2024 | 30 | NOTICE of Attorney Appearance by Dillon Scott Cuthbertson on behalf of Miguel Angel Leon, Vern Allen Roper, Eddie Leonard Simmons, Sammie Lee Smith. Attorney Dillon Scott Cuthbertson added to party Miguel Angel Leon(pty:pla), Attorney Dillon Scott Cuthbertson added to party Vern Allen Roper(pty:conpla), Attorney Dillon Scott Cuthbertson added to party Eddie Leonard Simmons(pty:conpla), Attorney Dillon Scott Cuthbertson added to party Sammie Lee Smith(pty:conpla). (Cuthbertson, Dillon) (Entered: 08/22/2024) |
| 08/27/2024 | 31 | PAPERLESS Minute Entry for proceeding held via Zoom Video Teleconference before Magistrate Judge Panayotta D. Augustin-Birch: Settlement Conference held on 8/27/2024. The Settlement Conference resulted in an impasse. Total time in court: 3 hours : 30 minutes. Attorney Appearances: Jorge Freddy Perera, Elliot Ari Kozolchyk. (sk01) (Entered: 08/27/2024) |
| 08/28/2024 | 32 | ORDER TO SHOW CAUSE. Show Cause Hearing set for 9/16/2024 11:15 AM in Fort Lauderdale Division before Magistrate Judge Panayotta D. Augustin-Birch. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 8/28/2024. *See attached document for full details*. (mdl) (Entered: 08/28/2024) |
| 09/14/2024 | 33 | NOTICE of Attorney Appearance by Brody Max Shulman on behalf of Daniel Goldstein, Grass Roots Complete LLC. Attorney Brody Max Shulman added to party Daniel Goldstein(pty:dft), Attorney Brody Max Shulman added to party Grass Roots Complete LLC(pty:dft). (Shulman, Brody) (Entered: 09/14/2024) |
| 09/16/2024 | 34 | PAPERLESS Minute Order for proceedings held before Magistrate Judge Panayotta D. Augustin-Birch: Show Cause Hearing held on 9/16/2024. Order to follow. Total time in court: 15 minutes. Attorney Appearance(s): Brody Max Shulman, Elliot Ari Kozolchyk, Other appearances: Daniel Goldstein, Defendant. (Digital 12:01:54) (smy) (Entered: 09/16/2024) |
| 09/20/2024 | 35 | Order Imposing Sanctions on Defendant Daniel Goldstein. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 9/20/2024. *See attached document for full details*. (sk01) (Entered: 09/20/2024) |
| 09/24/2024 | 36 | Unopposed MOTION to Withdraw as Attorney by Jorge Freddy Perera and Brody Max Shulman for / by Daniel Goldstein, Grass Roots Complete LLC. Responses due by 10/8/2024. (Perera, Jorge) (Entered: 09/24/2024) |
| 09/24/2024 | 37 | ORDER DENYING WITHOUT PREJUDICE 36 MOTION to Withdraw as Attorney. Signed by Judge David S. Leibowitz on 9/24/2024. *See attached document for full details*. (caw) (Entered: 09/25/2024) |
| 09/26/2024 | 38 | TRANSCRIPT of DAR of Settlement Conference Hearing held on 08/27/2024 before Magistrate Judge Panayotta D. Augustin-Birch, 1-15 pages, Court Reporter: Patricia Diaz, 305-523-5178 / Patricia_Diaz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/17/2024. Redacted Transcript Deadline set for 10/28/2024. Release of Transcript Restriction set for 12/26/2024. (pdz) (Entered: 09/26/2024) |

| | | |
|---|---|---|
| 09/26/2024 | 39 | MOTION for clarification 35 Set/Reset Deadlines, Order by Daniel Goldstein. Responses due by 10/10/2024. (Perera, Jorge) (Entered: 09/26/2024) |
| 09/26/2024 | 40 | Amended MOTION to Withdraw as Attorney by Jorge Freddy Perera and Brody Shulman for / by Daniel Goldstein, Grass Roots Complete LLC. Responses due by 10/10/2024. (Perera, Jorge) (Entered: 09/26/2024) |
| 09/30/2024 | 41 | ORDER SETTING JURY TRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE: JURY TRIAL set for 8/11/2025 in Fort Lauderdale Division before Judge David S. Leibowitz. CALENDAR CALL set for 8/4/2025 at 02:00 PM in Fort Lauderdale Division before Judge David S. Leibowitz. ORDER REFERRING CASE to Mediation. Mediation Deadline 4/11/2025. ORDER REFERRING CASE to Magistrate Judge Panayotta D. Augustin-Birch for any and all discovery matters. Signed by Judge David S. Leibowitz on 9/30/2024. *See attached document for full details*. (caw)<br><br>**Pattern Jury Instruction Builder - To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here.** (Entered: 10/01/2024) |
| 10/01/2024 | 42 | ORDER SETTING DISCOVERY PROCEDURES. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 10/1/2024. *See attached document for full details*. (sk01) (Entered: 10/01/2024) |
| 10/01/2024 | 43 | Plaintiff's MOTION for Discovery *Hearing* by Miguel Angel Leon, Vern Allen Roper, Eddie Leonard Simmons, Sammie Lee Smith. Responses due by 10/15/2024. (Attachments: # 1 Exhibit A (Composite) - Plaintiffs' Discovery Requests, # 2 Exhibit B (Composite) - Defendants' Responses to Plaintiffs' Discovery Requests, # 3 Exhibit C - Conferral Emails)(Cuthbertson, Dillon) (Entered: 10/01/2024) |
| 10/01/2024 | 46 | ORDER: Counsel for Defendants shall alert this Court as to whether attorney Alexandra Christine Hayes intends to remain as counsel for Defendants no later than October 9, 2024. Signed by Judge David S. Leibowitz on 10/1/2024. *See attached document for full details*. (caw) (Entered: 10/02/2024) |
| 10/02/2024 | 44 | PAPERLESS ORDER SETTING DISCOVERY HEARING. At Plaintiffs' request, a Discovery Hearing is set in this matter on October 29, 2024, at 1:00 p.m. Eastern Standard Time in the Fort Lauderdale Division before United States Magistrate Judge Augustin-Birch. The Discovery Hearing will be held in person at the United States Federal Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301. Any motion to continue the Discovery Hearing must include at least three alternative dates on which all counsel and any pro se parties are available for a rescheduled Hearing. The parties are reminded to follow the requirements in the Court's Order Setting Discovery Procedures at docket entry 42 concerning briefing in advance of the Discovery Hearing. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 10/2/2024. (sk01) (Entered: 10/02/2024) |
| 10/02/2024 | 45 | ORDER granting 39 Defendant Daniel Goldstein's Motion for Clarification of and Extension of Time to Satisfy Order Imposing Sanctions. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 10/2/2024. *See attached document for full details*. (sk01) (Entered: 10/02/2024) |
| 10/02/2024 | 47 | NOTICE by Daniel Goldstein, Grass Roots Complete LLC re 46 Order, (Shulman, Brody) (Entered: 10/02/2024) |
| 10/03/2024 | 48 | ORDER granting 40 Motion to Withdraw as Attorney. Alexandra Christine Hayes representing Grass Roots Complete LLC (Defendant) and Goldstein, Daniel (Defendant); Attorney Jorge Freddy Perera representing Grass Roots Complete LLC (Defendant) and |

| | | |
|---|---|---|
| | | Goldstein, Daniel (Defendant); ; Attorney Brody Max Shulman representing Grass Roots Complete LLC (Defendant) and Goldstein, Daniel (Defendant) withdrawn from case. Deadline to obtain new counsel 11/4/2024. Signed by Judge David S. Leibowitz on 10/3/2024. *See attached document for full details*. (jas) (Entered: 10/03/2024) |
| 10/04/2024 | 49 | NOTICE of Compliance by Perera Law Group, P.A. re 48 Order on Motion to Withdraw as Attorney,,. Attorney Brody Max Shulman added to party Perera Law Group, P.A.(pty:ip). (Shulman, Brody) (Entered: 10/04/2024) |
| 10/07/2024 | 50 | Plaintiff's MOTION for Extension of Time to schedule mediation re 41 Scheduling Order,,,, Order Referring Case to Mediation,,,, Order Referring Case to Magistrate Judge,,, by Miguel Angel Leon, Vern Allen Roper, Eddie Leonard Simmons, Sammie Lee Smith. Responses due by 10/21/2024. (Kozolchyk, Elliot) (Entered: 10/07/2024) |
| 10/08/2024 | 51 | ORDER granting 50 Motion for Extension of Time. The parties shall select a mediator no later than November 8, 2024. Signed by Judge David S. Leibowitz *See attached document for full details*. (dsf) (Entered: 10/08/2024) |
| 10/11/2024 | 52 | ORDER denying without prejudice 43 Plaintiffs' Motion for Discovery Hearing. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 10/11/2024. *See attached document for full details*. (sk01) (Entered: 10/11/2024) |
| 10/22/2024 | 53 | NOTICE SETTING STATUS CONFERENCE: STATUS CONFERENCE set for 11/20/2024 at 02:00 PM in Fort Lauderdale Division before Judge David S. Leibowitz. Signed by Judge David S. Leibowitz on 10/22/2024. *See attached document for full details*. (caw) (Entered: 10/23/2024) |
| 11/07/2024 | 54 | NOTICE of Attorney Appearance by Bart Alan Houston on behalf of Daniel Goldstein, Grass Roots Complete LLC. Attorney Bart Alan Houston added to party Daniel Goldstein(pty:dft), Attorney Bart Alan Houston added to party Grass Roots Complete LLC(pty:dft). (Houston, Bart) (Entered: 11/07/2024) |
| 11/08/2024 | 55 | PAPERLESS ORDER TO SHOW CAUSE. At docket entry 45 , the Court ordered Defendant Daniel Goldstein to complete 10 hours of community service by November 1, 2024, and to file a notice of compliance by November 6, 2024, indicating whether he completed those hours. Mr. Goldstein has not filed that notice to date. Accordingly, by November 12, 2024, Mr. Goldstein must both file a notice indicating whether he has completed his community service hours and file a response to this Order to Show Cause explaining why he did not file a notice in a timely fashion. Failure to comply with this Order to Show Cause may result in additional sanctions. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 11/8/2024. (sk01) (Entered: 11/08/2024) |
| 11/08/2024 | 56 | NOTICE of Mediator Selection and Hearing. Selected/Added Joseph J. Huss as Mediator. Mediation Hearing set for Monday, January 13, 2025, at 10:00 AM. (Attachments: # 1 Text of Proposed Order)(Kozolchyk, Elliot) (Entered: 11/08/2024) |
| 11/12/2024 | 57 | ORDER SCHEDULING MEDIATION before Mediator, Joseph J. Huss. MEDIATION Hearing set for January 13, 2025, at 10:00 AM, via Zoom. Mediation Deadline 1/13/2025. Signed by Judge David S. Leibowitz on 11/12/2024. *See attached document for full details*. (caw) (Entered: 11/12/2024) |
| 11/12/2024 | 58 | RESPONSE TO ORDER TO SHOW CAUSE re 55 Order to Show Cause,, by Daniel Goldstein. (Houston, Bart) (Entered: 11/12/2024) |
| 11/19/2024 | 59 | MOTION for Extension of Time to File Response/Reply/Answer as to 52 Order on Motion for Discovery by Daniel Goldstein, Grass Roots Complete LLC. (Attachments: # 1 Exhibit Agreed Order)(Houston, Bart) (Entered: 11/19/2024) |

| | | |
|---|---|---|
| 11/20/2024 | 60 | PAPERLESS ORDER granting 59 Defendants' Motion for Enlargement of Time to File Amended Discovery Responses. Because the motion is unopposed and Defendants have shown good cause for an extension, the Motion is granted. Defendants must serve their discovery responses by December 16, 2024. The Court will not grant further extensions of this deadline. Signed by Magistrate Judge Panayotta D. Augustin-Birch on 11/20/2024. (sk01) (Entered: 11/20/2024) |
| 11/20/2024 | 61 | PAPERLESS Minute Entry for proceedings held before Judge David S. Leibowitz: Status Conference held on 11/20/2024. Total time in court: 10 minutes. Attorney Appearance(s): Bart Alan Houston, Dillon Scott Cuthbertson, Court Reporter: Shamelle (Shelly) Kelley, 305-523-5637 / Shamelle_Kelley@flsd.uscourts.gov. (dsf) (Entered: 11/20/2024) |