# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 9:24-cv-80967-AHS**

| | |
|---|---|
| In re: | § |
| | § |
| **TGP COMMUNICATIONS, LLC,** | § |
| | § |
| Appellant | § |
| | § |
| v. | § |
| | § |
| **RUBY FREEMAN; WANDREA** | § |
| **ARSHAYE MOSS; AND** | § |
| **DR. ERIC COOMER,** | § |
| | § |
| Appellees | § |

## NOTICE OF 90 DAYS EXPIRING ON MOTION TO DISMISS APPEAL

Dr. Eric Coomer (Dr. Coomer or Appellee), pursuant to Rule 7.1(b)(4) of the Local Rules of the United States District Court for the Southern District of Florida, files this Notice of 90 Days Expiring on his Motion to Dismiss Appeal (Motion to Dismiss) [DE 31], and respectfully requests that the Court enter an order granting the Motion to Dismiss or, alternatively, scheduling the Motion to Dismiss for hearing.

1. On November 8, 2024, Dr. Coomer filed and served via the Court's CM/ECF system his Motion to Dismiss pursuant to Rule 8018(a)(4) of the Federal Rules of Bankruptcy Procedure.

2. On November 8, 2024, Appellant TGP Communications, LLC (TGP or Appellant) filed its Motion for Third Extension of Time to File Initial Brief [DE 33].

3. On November 21, 2024, the Court entered an Order denying TGP's Motion for Third Extension of Time to File Initial Brief and ruling that TGP's Supplemental Motion for Third Extension of Time to File Initial Brief [DE 37] was moot. [DE 39].

4. On November 23, 2024, TGP filed its Corrected Memorandum of Law in Opposition to Appellee Dr. Eric Coomer's Motion to Dismiss. [DE 43].

5. On December 2, 2025, Dr. Coomer filed and served via the Court's CM/ECF system his Reply in Support of Motion to Dismiss Appeal. [DE 48].

6. No hearing has been held or scheduled on Dr. Coomer's Motion to Dismiss.

7. In addition to compliance with the Local Rules, the timing of the filing of this notice and request for a ruling and/or hearing is due to the Colorado Supreme Court's issuance of an *En Banc* order denying the Petitions and Cross-Petitions for Writ of Certiorari on March 17, 2025. *See* **Exhibit A**. Thus, the case against TGP, Hoft, and their co-defendants is being remanded for further proceedings before the trial court. Previously, on June 24, 2024, Jim Hoft and TGP Communications LLC dba The Gateway Pundit joined other petitioners in a Joint Petition for A Writ of Certiorari to the Colorado Supreme Court. *See* **Exhibit B** (Petition only). Thereafter, on September 6, 2024, the United States Bankruptcy Court denied TGP's Motion for Stay Pending Appeal. *See* **Exhibit C**. On September 20, 2024, the Colorado Supreme Court lifted the stay as to TGP Communications, LLC. *See* **Exhibit D**. Thus, the March 17 denial is applicable to TGP.

**WHEREFORE**, Appellee Dr. Coomer respectfully requests that the Court enter an order granting the Motion to Dismiss and dismissing this appeal or, alternatively, scheduling the Motion to Dismiss for hearing, and granting such further relief as the Court may deem just and proper.

Date: March 19, 2025                                    Respectfully submitted,

/s/ Vincent F. Alexander
Vincent F. Alexander
Florida Bar No. 68114
VAlexander@shutts.com
**SHUTTS & BOWEN LLP**
201 East Las Olas Blvd., Suite 2200
Fort Lauderdale, FL 33301
954-847-3835
*Attorney for Dr. Eric Coomer*

—AND—

/s/ Ryan E. Chapple
Ryan E. Chapple – *admitted pro hac vice*
Texas Bar No. 24036354
rchapple@cstrial.com
Charlie J. Cain – *admitted pro hac vice*
Texas Bar No. 00796292
Colorado Bar No. 51020
ccain@cstrial.com
Bradley A. Kloewer – *admitted pro hac vice*
Colorado Bar No. 50565
bkloewer@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, TX 78701
512-477-5000
*Attorneys for Dr. Eric Coomer*

## CERTIFICATE OF SERVICE

**I CERTIFY** that on March 19, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this notice as service of this document by electronic means.

/s/ Vincent F. Alexander
Vincent F. Alexander