| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED<br>March 17, 2025<br>CASE NUMBER: 2024SC317 |
| Certiorari to the Court of Appeals, 2022CA843<br>District Court, Denver County, 2020CV34319 | |
| **Petitioners/Cross-Respondents:**<br><br>Michelle Malkin; Eric Metaxas; Donald J. Trump for President, Inc.; Joseph Oltmann; FEC United; Shuffling Madness Media, Inc. d/b/a Conservative Daily; James Hoft; and TGP Communications LLC, d/b/a The Gateway Pundit;<br><br>**and**<br><br>**Petitioner:**<br><br>Rudolph Giuliani,<br><br>v.<br><br>**Respondent/Cross-Petitioner:**<br><br>Eric Coomer, Ph.D. | Supreme Court Case No: 2024SC317 |
| ORDER OF COURT | |

Upon consideration of the Petitions and Cross-Petition for Writ of Certiorari to the Colorado Court of Appeals and after review of the record, briefs, and the judgment of said Court of Appeals,

IT IS ORDERED that said Petitions and Cross-Petition for Writ of Certiorari shall be, and the same hereby are, DENIED.

BY THE COURT, EN BANC, MARCH 17, 2025.

Case 9:24-cv-80967-AHS   Document 49-1   Entered on FLSD Docket 03/19/2025   Page 2 of 2