| | |
|---|---|
| Colorado Supreme Court<br>2 East 14th Avenue<br>Denver, CO 80203 | DATE FILED<br>September 20, 2024<br>CASE NUMBER: 2024SC317 |
| Certiorari to the Court of Appeals, 2022CA843<br>District Court, Denver County, 2020CV34319 | |
| **Petitioners/Cross-Respondents:**<br><br>Michelle Malkin; Eric Metaxas; Donald J. Trump for President, Inc.; Joseph Oltmann; FEC United; Shuffling Madness Media, Inc. d/b/a Conservative Daily; James Hoft; and TGP Communications LLC, d/b/a The Gateway Pundit;<br><br>v.<br><br>**Respondent/Cross-Petitioner:**<br><br>Eric Coomer, Ph.D. | Supreme Court Case No:<br>2024SC317 |
| ORDER OF COURT | |

The Court has reviewed the "Notice of Memorandum Opinion and Order Dismissing TGP Communications, LLC's Bankruptcy Case" and the "Notice Relating to TGP Communications, LLC's Bankruptcy Case" and now being sufficiently advised in the premises, ORDERS the following:

The Court LIFTS THE STAY imposed in its July 8, 2024, Order on TGP Communications, LLC in the above-captioned case.

BY THE COURT, SEPTEMBER 20, 2024.