UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

In re:

TGP COMMUNICATIONS, LLC,

    Appellant,

  v.

RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,

    Appellees.
_____/

## NOTICE OF WITHDRAWAL OF APPEAL

TGP Communications, LLC ("TGP") has instructed the undersigned that he is not to file its Appellant Brief, due on April 10, 2025, as directed by the Court in ECF No. 50, and to inform the Court that TGP no longer wishes to pursue the appeal.

Dated: April 7, 2025.

    Respectfully submitted,

    /s/ Marc J. Randazza
    Marc J. Randazza
      Florida Bar No. 625566
    RANDAZZA LEGAL GROUP, PLLC
    2 S. Biscayne Blvd., Suite 2600
    Miami, FL 33131
    Telephone: 786-800-3500
    ecf@randazza.com

    *Attorneys for Appellant*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court and has been served on all parties of record through the CM/ECF system.

/s/ Marc J. Randazza
MARC J. RANDAZZA