UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:24-cv-80967-AHS

In re:

TGP COMMUNICATIONS, LLC,

      Appellant,

  v.

RUBY FREEMAN; WANDREA ARSHAYE MOSS; AND DR. ERIC COOMER,

      Appellees.

_____/

## EXPEDITED MOTION TO WITHDRAW AS COUNSEL

Marc J. Randazza, of Randazza Legal Group, PLLC ("Movant"), attorney of record for Appellant TGP Communications, LLC ("Appellant" or "TGP"), hereby files this expedited motion pursuant to Local Rule 7.1(d)(2) to the Court requesting leave to withdraw as counsel of record pursuant to Local Rule 11.1(d)(3). In support hereof, Movant states as follows:

1. Movant appeared on behalf of Appellant on November 8, 2024, because Appellant's prior counsel ceased communications, and Appellant needed emergency representation.

2. On February 20, 2025, Appellant requested that the Movant take no further action in this matter on its behalf. Appellant was instructed by the Movant to find alternate counsel for this matter but has not indicated that it has done so.

3. Appellant now indicates that it no longer wishes to pursue the appeal.

4. This is an expedited motion pursuant to Local Rule 7.1(d)(2) with action needed by April 10, 2025, since Appellant's decision to no longer pursue the appeal may result in default.

- 1 -

5. Notice of this request to withdraw has been served to Appellant and all opposing counsel as required by Local Rule 11.1(d)(3)(A).

6. The current mailing address for Appellant is c/o TGP Communications, LLC c/o John Burns, Burns Law Firm, P.O. Box 191250, St. Louis, MO 63119.

WHEREFORE Movant respectfully requests that this Court grant Attorney Marc J. Randazza leave to withdraw his appearance on behalf of Appellant on an expedited basis, and to give Appellant an additional 30 days in which to find new counsel.

Dated: April 7, 2025.

Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza
  Florida Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone: 786-800-3500
ecf@randazza.com

*Attorneys for Appellant*

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court and has been served on all parties of record through the CM/ECF system.

/s/ Marc J. Randazza
MARC J. RANDAZZA